FILED

1  Name: *Hydouk kovarkizi*

2  Address: *27146 BAXARD Place*

3  *valencia Ca 91354*

4  Phone: *310-995-2391*

5  Plaintiff In Pro Per

6

2023 MAR 23 PM 1:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  **CV23-2174-SVW(SKx)**

10  *Hydouk kovarkizi*,  )  **Case No.:** *20CHFL00808*

11  **PLAINTIFF,**  )  (To be supplied by the Clerk)

12  vs.  )  **COMPLAINT FOR:**

13  *Paulette Gharibian*  )  *Judgment of rights and*

14  *Attorney # 240290*  )  *equal distribution of property*

15  *Tel: 661-254-4100*  )  *and Judgment in a Calm*

16  *Lee ARian/ Iudge*  )  *environment whithout stress and*

17  *#053255 chats worth Court*)  *Fear.*

18  **DEFENDANT(S).**  )  **Jury Trial Demanded**

19  )

20

21  **I. JURISDICTION**

22

23  1. This Court has jurisdiction under _____

*In the canciliation, the Judge's ruling issued*

24  *share For LORIK MIKHAEILPooR $150,000*

25  *share For Hydouk kovarkizi   $34,000*

26  *Sale Home$909000 , seller Cost is $45000*

27  *First loen 400000 ) LoRIk share is 159000*

28  *Socond loen 271000 ( Hydouk share is $34000*

---

1

Insert ¶ #  each Share $132,500 (FRaud)
132,500 - 40,000 = $92,500
daily is 25.69 × 120 = 3082
92,500 + 3082 + 3000 + 3000 = $101,582

$140,594 - $101,582 = $39,012
And the amount of $40,000 Was discovered through a swarm accountant who has CPA certificate, w ith my certificate.

Insert ¶ #  1- certificate of the existense of the price report by the lawyer of paullot Gharibian by a reliable selected export.
2- The presence of evidence on the sale of the neighbor's house, With an expert price.
3- ORe providing a live certificate of the sale of the house next door to number 26161 and the sale price of $705,000. Which applies to the pricing of our house.

Insert ¶ #  Now, Is the price of the house is $736,000. the prevrious loen debt is $400000 and the second loen debt is $271,000. and the Bellers salary is $36500. he asked the rest of the matter from MR. (Judge and MRs. Paulette Gharibian (Attorney) By what law is the house sold?

# IV. STATEMENT OF FACTS

*Insert ¶ #* Since the begining of the case, three people hare told me that the judge does not likeyou.

First Police officer division 46

second FRom Attorney My Whife

third FRom My Attorney MAJD Two Times

FRom the First date the Court (Threat me)

*Insert ¶ #* I have been charged a Fine of $ 13,500 several times For the Attorney Fee MRs. Paulette Gharibian.

*Insert ¶ #* OUR settlement (FRaud)

$515,000   Property Buy

$120000   ADU New Construction

$635000

900,000 - Sale Price   Profit

$265000   FOR Both ÷ 2 = $132,500 each

## II. VENUE

2. Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3. Plaintiff's name is _Hydouk Kovarkizi_ . Plaintiff resides
at: 27146 BAXARD Place
VALENCIA Ca 91354

4. Defendant Paulette Charibian
25350 Magic Mountain Pkwy
Suite 240 Valencia CA 91355

5. Defendant Lee ARian Division 46
chatsWORTh Courthouse
los Angeles superior
9425 Penfield Ave

4

1
2

## II. VENUE

3   2. Venue is proper pursuant to _____
4   _____
5   _____
6   _____
7

8
9

## III. PARTIES

10
11
12   3.   Plaintiff's name is _Hydouk Korarkizi_. Plaintiff resides
13   at: _A7146 BAXARD Place NalenCia Ca_
14   _91354_
15   _310-995-2391_
16
17
18   4. Defendant _Paulette Gharibian (Attorney)_
19   _# 240 290_
20   _Tel: 661-254-4100_
21
22
23
24   5. Defendant _Lee ARIAN     (Judge)_
25   _# BR: 053-255_
26   _chatsWorth Court house_
27
28

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _3,23,2023_

Sign: _____

Print Name: _Hydouk kovarkₓI_

Plaintiff in pro per

Pro Se Clinic Form

*Page Number*

1  ___. Defendant _Paulette Gharibian_
2  *Insert ¶ #*                          Lic 240 290
3  Tel : 661 254 4100
4  25 350 Magic Mountain PK Wy Suit 240
5
6
7
8  ___. Defendant _Michael Adams_
9  *Insert ¶ #*
10 Judicial Assistant Division 46
11 Tel : 1800 267- 2122
12
13
14
15 ___. Defendant _Lea ARian Judge_
16 *Insert ¶ #*
17      DivisionF46 Chats Worth
18 Court house    Lic : BR: 053 255
19
20
21
22 ___. Defendant _Neal Weichel_
23 *Insert ¶ #*
24 25129 the old Road Santa Clarita
25 Ca 91381
26 Tel : 661-313-4663
27
28

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Family law     20cHFL00808     )

insert title of cause of action

(As against Defendant(s)): _____

_____ )

*Insert ¶ #* Michael Adams

Judical Assistant Division F46

Tel 1800 267 2122

*Insert ¶ #* paulette Gharibian lic 240290

Tel: 661-254-4100

25350 Magic Mountain Pk wy suit 240

*Insert ¶ #* Neal weichel

25129 the old Road Santa Clarita

Ca 91381

Tel: 661-313-4663

1

2 | **V. CAUSES OF ACTION** |

3

4 | **FIRST CAUSE OF ACTION** |

5 ( Family law    20CHFL00808 )

6   _insert title of cause of action_

7 **(As against Defendant(s):** _____

8 _____ )

9

10 ___ Michael Adams

11 _Insert ¶ #_ Judicial Assistant Division F46

12 Tel: 1800 267 2122

13

14

15

16 ___ Paulette Gharibian Lic 240290

17 _Insert ¶ #_      Lic: 240 290

18

19      Tel: 661 254 4100

20 25350 Magic Mountain PK WY suit 240

21

22

23 ___ Neal Weichel

24 _Insert ¶ #_ 25129 the old road santa clarila

25 Ca 91381

26 Tel: 661-313 4663

27

28

1
2

## VII. DEMAND FOR JURY TRIAL

3
4    Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5
6
7    Dated: _3,23,2023_

8
9
10    Sign: _____

11    Print Name: _Hydauk  Kovarkiei_

12    Plaintiff in pro per

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* : Fear of the Judge and his threats.

*Insert ¶ #* : Announcing the Rejection of the Fake Judgment of the Judge, as a Fraud For the sale of a Residential house. Where my mother and live during the Retirement Period.

*Insert ¶ #* : OR while My bank loen Came through Logix bank to pay the amount of $140 594. and lien Release From the house deed. ( about New Judgment )

*Insert ¶ #* : And deducting an erroneous amount of $40000 From the total settlement amount in the court order And property division proceeding, which was proven by my Expert, accountant.

9

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* : 1- Fear of the Judge and his threats.

2-

*Insert ¶ #* : Announcing the Rejection of the Fake judgment of the Judge, as a Fraud, For the sale of a Residential house. Where my mother and live during the Retirement Period.

OR,

*Insert ¶ #* : While My bank loan came through Logix bank to pay the amount of $140,594 and Remove the guarantee From the house deed. (about New Judgment)

*Insert ¶ #* : And deducting an erroneous amount of $40000 From the total settlement amount in the court order and property division proceeding, which was proven by my expert accountant.

MC-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Hydouk Kevarkizi 27146 Baxard Pl Valencia Ca 91354 | FOR COURT USE ONLY |

TELEPHONE NO.: 310-9952391   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): Poukman Construction @ yahoo. Com
ATTORNEY FOR (Name): My self

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 22 2023

David W. Slayton, Executive Officer/Clerk of Court

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Ave
STREET ADDRESS: 9425 Penfield Ave
MAILING ADDRESS: 9425 Penfield Ave
CITY AND ZIP CODE: Chatsworth Ca 91311
BRANCH NAME: Chatsworth Court house

PLAINTIFF/PETITIONER: lorik Mikhaeilpoor

DEFENDANT/RESPONDENT: Hydouk kevarkizi

**DECLARATION**

CASE NUMBER:
20CHFL00808

Our Assets!

1- House in IRAN      $ 40.000
2- House baxARD Pl valenCia $899.900
3- First Mortgage          $400.000
4- Home equity line     $271000
5- sAle charge %5        $45000
6- Profit FRome BaxARD Pl $225.000
7- Each Share          $ 132.500
8- Paid FoR lorik        $ 40000
9- Attorney Fee          $ 3000
10- Add interest           $ 2228
11- Total Balance FoR lorik paid 7728

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2, 22, 2023

Hydouk kevarkizi
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☒ Respondent  ☐ Other (Specify):

COPY                                          — CPA—

# *AMIRIAN*

## *INCOME TAX SERVICES*

*Phone # (818)653-5260     Fax # (818)273-9306*
*6904 Foothill Blvd.  Tujunga, CA, 91042*

*Date: 02 /21/2023*

*To whom it may concern;*

*I Armen Amirian, Hydouk Kovarkizi's accountant,*

*Case number: 20CHFL00808 (CHASTWORTH'S COURT)*

*have checked all the facts and documents of my client Hydouk
and I will provide a detail of his assets as followed to be
revised and recalculated by the case worker, or the court.*

*ASSETS:*

*Profit from the home sale in Iran                    $40000*

*Profit from the home sale in "27146 Baxard Pl, Valencia,
CA,91354"                                      $225000*

*Please note that the amount from US home sale is after paying
the closing cost of $45000, and the amount of remodeling my
client has spent on the property during the years which is
$120000, this amount was added to the price of the house at
the time of buying which was $500000, and the total of
$675000 is deducted from the current price of the property of
$900000. Therefore the profit from this property will be the
amount mentioned above.*

*The documents for the loan amounts are attached to this
letter, and can be verified by the bank which my client is
paying his loan payments.*

Therefore my clients total assets which is from selling both houses will be:                                                      $265000

And each side of this settlement,

"Haydouk Kovarkizi" and "Lorik Mikhailpoor"

Are entitled to receive half of this amount which is      $132500

Which "lorik Mikhailpoor" has already received $40000 of this amount and is entitled to receive          $92500

Plus attorney fee of                                                     $3000

And interest fee of                                                      $2228


Total of                                                                       $97728

Please let me know if you have any questions, or you need more supporting documents.

You may reach me at my Phone number and/or email address

mentioned bellow.

Sincerely

02/21/23

ARMEN AMIRIAN
amirian_tax@hotmail.com
phone # (818)653-5260
license # 00111263-EA

C3_11735 HELOC_PayOff_Charged_off_NonCharged_Off 05/07/19

**Bank of America**

Attn:  **HAYDOG KOVARKIZI**
Via Facsimile: N/A

**HAYDOG KOVARKIZI**
**27146 BAXARD PL**
VALENCIA, CA 91354-2611

**Date:** July 28, 2022

**Account No.:** 1199

**Property Address:**
**27146 BAXARD PL**
VALENCIA, CA 91354-2611

> IMPACT OF BANKRUPTCY: OUR RECORDS REFLECT THIS ACCOUNT IS SUBJECT TO A BANKRUPTCY CASE OR DISCHARGE. THIS CORRESPONDENCE IS FOR INFORMATIONAL AND COMPLIANCE PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT, OR AN ATTEMPT TO COLLECT A DEBT OR MODIFY ANY BANKRUPTCY PLAN OR DISCHARGE ORDER. IF YOU RECEIVED A DISCHARGE OF THIS DEBT, WE MAY ENFORCE OUR RIGHTS AGAINST THE PROPERTY SECURING THIS DEBT, BUT WILL NOT ACT AGAINST YOU PERSONALLY TO COLLECT THE DEBT AND YOU CANNOT BE PRESSURED TO REPAY IT.

In response to your request on 07/27/22, here's the payoff amount for this loan:

| Payoff amount: | $ 271,722.01 |
|---|---|
| Valid through: | 08/27/22 |

*Additional daily interest of $0 will accrue after 08/27/22.

### To pay off the loan
A fully endorsed check for the payoff amount should be sent to:

**Via U.S. Post Office Mail**
Bank of America
NC4-105-02-77
PO Box 21846
Greensboro, NC 27420>

*account ## 6824902833 1199*

### Here's what you need to do
Please be advised that the above amounts are subject to final verification upon receipt of funds by Bank of America. We reserve the right to adjust these amounts and refuse any funds that are insufficient to pay the account in full for any reason. This includes: an error in the calculation of the payoff amount, previously dishonored check or money order, interest accruals, subsequent advances, intra-day advances, insurance, fees or additional disbursements made by Bank of America between the date of this payoff statement and the receipt of funds.

Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.
Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂.

**Bank of America** **Home Loans**

BANK OF AMERICA, N.A.
P.O. BOX 26078
GREENSBORO, NC 27420

+ 0325090 000014475 094SH2-P7
HAYDOG KOVARKIZI
27146 BAXARD PL
VALENCIA CA 91354-2611

| Account Number: 6824 9028 331199 | |
|---|---|
| Page 1 of 2 | |
| **Variable Rate Snapshot** | |
| Statement Period: 02/16/2011-03/18/2011 | |
| Previous Outstanding Variable Balance: | $271,063.09 |
| New Outstanding Variable Balance: | $270,875.09 |
| Credit Limit: | $250,000.00 |
| Total Principal Balance: | $249,918.06 |
| Available Credit: | $0.00 |
| Current Payment Due: | $846.91 |
| Past Due Amount: | $20,110.12 |
| Total Minimum Payment Due: | $20,957.03 |
| Payment Due Date: | 04/12/2011 |

Payment shown above does not include Fixed Rate Loan Options. Any Fixed Rate Loan Options you have will be billed separately.

---

### Bank of America Equity Maximizer

**Account Summary**

| Account Type | Principal Balance | Account Number |
|---|---|---|
| Variable Rate: | $249,918.06 | 6824 9028 331199 |

Fixed Rate Loan Options are available. Please call customer service for current rates. Information about your transactions are included on the next page of this statement.

**Variable Rate Portion Summary**

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** | **3.99%** |
| Daily Periodic Rate | .0109315% |
| Corresponding Annual Percentage Rate | 3.99% |
| Days in Billing Cycle | 31 |
| Periodic **FINANCE CHARGE** | $0.00 |
| Other **FINANCE CHARGE** | $0.00 |
| Outstanding Fees (due upon payoff) | $0.00 |

---

### Messages

We have not received your most recent line of credit payment. Your minimum payment due is listed on your payment coupon. If you have made a payment recently, please accept our thanks.

---

### Customer Service Information

 www.bankofamerica.com

 1.800.621.1044 Customer Service
TDD 1.866.345.1260
Se habla Espanol: 1.800.621.1044
Customer Service Hours:
Monday through Friday
8:00 a.m. - 9:00 p.m. Eastern

 Bank of America, N.A.
P.O. Box 21848
Greensboro, NC 27420-1848

---

### Payment Coupon - Please return with your payment.

HAYDOG KOVARKIZI
27146 BAXARD PL
VALENCIA CA 91354-2611

| | |
|---|---|
| **Minimum Payment Due** | **$20,957.03** |

Additional Principal: $

Payment Enclosed: $

| | |
|---|---|
| Equity Maximizer Number: | **6824 9028 331199** |
| Current Payment Due: | **$846.91** |
| Past Due Amount: | **$20,110.12** |
| Total Minimum Payment Due: | **$20,957.03** |
| Payment Due Date: | **04/12/11** |

Make Check Payable to:

Bank of America, N.A.
P.O. Box 30750
Los Angeles, CA 90030-0750

In order to receive your payment by the due date, we suggest mailing at least five (5) business days prior to that date. Please refer to important disclosures, account and payment information found elsewhere on this statement.

110000002095703    6824902833311999    547930808

⑈ 547930808 ⑈ 682 4902 8331 199 ⑈

<

## Division of dollar assets and each person's share

**Hydouk Kovarkizi**

H   Paulette Gharibian

Dear Paulette Gharibian attorney at law L. Mikhaeilpoor.

My accountant discussed.we had mistake amount calculation in final settlement judgment.

From two property Iran and baxard place:

First from Iran..........................$40000

Second from baxard pl.............$184000

The total dollars assets............$224000

For each share.......................$112000

On settlement date paid for

Lorik.....$40000

Available balance plus enters rate plus attorney fee

Total ..............$77228.

Please re calculate and confirm.   Thank you again

I appreciate your business.  Hydouk Kovarkizi

Tell: 6612543905 or

Tell:3109952391






أقوية 22
14 29

< Neal Weichel 

Edit ⋯

Hydouk.

I've texted a few times without response. I have been ordered by the attorney and the Court to list the property at 899,900. Based on the documents they have they want me to show the property and bring offers. I have been instructed if you do not allow showings the attorney will request an emergency action from the Court forcing that issue. Of course I would prefer not to make this that difficult and have your assistance in this. Attached are the community shots I have produced which of course is all I have to use unless you allow us inside. That is why I've texted you. Please let me know the best hours to show the property so that we can all work through this order.



**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
**www.spsservicing.com**

Sign up for paperless delivery at www.spsservicing.com



Paperless

**Mortgage Statement**
Statement Date:01/12/2023
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday    8:00AM - 9:00PM ET
Saturday    8:00AM - 2:00PM ET

*For other important information, see reverse side*

+ 2087812 000053849 1300   P2

Haydog Kovarkizi    53849
27146 Baxard Pl
Valencia, CA 91354-2611

| Account Number | 0028401990 |
| Property Address | 27146 BAXARD PL |
| | VALENCIA CA 91354 |
| Account Due Date | 02/01/2023 |
| Payment Due Date | 02/01/2023 |
| **Payment Amount** | **$2,336.20** |

### Explanation of Payment Amount

| | | |
|---|---|---|
| Principal | | $484.32 |
| Interest | | $917.72 |
| Escrow (Taxes and Insurance) | | $934.16 |
| Regular Monthly Payment | | $2,336.20 |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $0.00 |
| Charges / Fees this Period | $0.00 | |
| Past Unpaid Amount(s) | | $0.00 |
| Unapplied Payment(s) | | $0.00 |
| Total Payment Amount | | $2,336.20 |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $275,317.04 |
| Deferred Principal | $102,761.32 |
| Outstanding Principal [1] | $378,078.36 |
| Interest Rate (Fixed) | 4.000% |
| Prepayment Penalty | No |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

### Transaction Activity (12/16/2022 to 01/12/2023)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|
| 12/16 BEG BALANCE | $378,561.07 | $919.33 | ($1,370.98) | $0.00 | $0.00 | $378,109.42 |
| 12/31 INT ON ESCROW | 0.00 | 0.00 | (30.83) | 0.00 | 0.00 | (30.83) |
| 01/03 PAYMENT | (482.71) | (919.33) | (934.16) | 0.00 | 0.00 | (2,336.20) |
| 01/12 ENDING BALANCE | $378,078.36 | $0.00 | ($2,335.97) | $0.00 | $0.00 | $375,742.39 |

*clear*
*$ 2336 20*
*2/03/2023*
*# 3613 7464*

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $482.71 | $482.71 |
| Interest | $919.33 | $919.33 |
| Escrow (Taxes and Insurance) | $934.16 | $934.16 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$2,336.20** | **$2,336.20** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spsservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.



Electronically FILED Superior Court of California, County of Los Angeles on 03/02/2021 4:31 PM Sherri R. Carter, Executive Officer/Clerk, By Larry Robles, Deputy Clerk (Department CHF46).

Hearing Information: 3/2/2023 8:30 AM

⟨ **motion** ⟩

**FL-300**

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: Essence Document Services, Inc. | FOR COURT USE ONLY |
|---|---|---|
| NAME: Hydouk Kovarkizi | Carla Medina, LA County LDA Reg. #: 2021077063 Exp. 3/3/23 | |
| FIRM NAME: | 25350 Magic Mountain Pkwy, Suite 300, Santa Clarita, CA 91355 | |
| STREET ADDRESS: 271465 Baxard Place | PH: (661)675-5177 (Se habla Español!) | |
| CITY: Valencia | carla@essencedocuments.com   www.essencedocuments.com | |
| | STATE: CA          ZIP CODE: 91354 | |
| TELEPHONE NO. (310)994-2391 | FAX NO.: | |
| E-MAIL ADDRESS: | | |
| ATTORNEY FOR (name): IN PRO PER | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS: 9425 Penfield Avenue
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: NORTH VALLEY DISTRICT

PETITIONER: LORIK MIKHAEILPOOR
RESPONDENT: HYDOUK KOVARKIZI
OTHER PARENT/PARTY:

| REQUEST FOR ORDER     [X] CHANGE     [ ] TEMPORARY EMERGENCY ORDERS | CASE NUMBER: |
|---|---|
| [ ] Child Custody   [ ] Visitation (Parenting Time)   [ ] Spousal or Partner Support | 20CHFL00808 |
| [ ] Child Support   [ ] Domestic Violence Order   [ ] Attorney's Fees and Costs | |
| [ ] Property Control   [X] Other (specify): Stipulation for Judgment Order | |

## NOTICE OF HEARING

1. TO (name(s)):    Lorik Mikhaeilpoor

   [✓] Petitioner   [ ] Respondent   [ ] Other Parent/Party   [ ] Other (specify):

2. A COURT HEARING WILL BE HELD AS FOLLOWS:

   | a. Date: | Time: | [ ] Dept.: | [ ] Room.: |
   |---|---|---|---|
   | b. Address of court | [ ] same as noted above | [ ] other (specify): | |

3. **WARNING to the person served with the *Request for Order:* The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. *(See form FL-320-INFO for more information.)*

   *(Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)*

---

## COURT ORDER
*(FOR COURT USE ONLY)*

*It is ordered that:*

4. [ ]   [ ] Time   [ ] for service   [ ] until the hearing   is shortened. Service must be on or before (date):

5. [ ]   A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before (date):

6. [ ]   The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows *(specify date, time, and location):*

7. [ ]   The orders in *Temporary Emergency (Ex Parte) Orders* (form FL-305) apply to this proceeding and must be personally served with all documents filed with this *Request for Order.*

8. [ ]   Other (specify):

Date:

_____
JUDICIAL OFFICER

Page 1 of 4

| Form Adopted for Mandatory Use Judicial Council of California FL-300 [Rev. July 1, 2016] | **REQUEST FOR ORDER** | Family Code, §§ 2045, 2107, 6224, 6226, 6320–6326, 6380–6383; Government Code, § 26826 Cal. Rules of Court, rule 5.92 *www.courts.ca.gov* |
|---|---|---|

FL-300

| PETITIONER: LORIK MIKHAEILPOOR | CASE NUMBER: |
|---|---|
| RESPONDENT: HYDOUK KOVARKIZI | 20CHFL00808 |
| OTHER PARENT/PARTY: | |

## REQUEST FOR ORDER

**Note:** Place a mark [X] in front of the box that applies to your case or to your request. If you need more space, mark the box for "Attachment." For example, mark "Attachment 2a" to indicate that the list of children's names and birth dates continues on a paper attached to this form. Then, on a sheet of paper, list each attachment number followed by your request. At the top of the paper, write your name, case number, and "FL-300" as a title. (You may use *Attached Declaration* (form MC-031) for this purpose.)

1. ☐ RESTRAINING ORDER INFORMATION
   One or more domestic violence restraining/protective orders are now in effect between *(specify):*
   ☐ Petitioner   ☐ Respondent   ☐ Other Parent/Party   *(Attach a copy of the orders if you have one.)*
   The orders are from the following court or courts *(specify county and state):*
   a. ☐ Criminal: County/state *(specify):*          Case No. *(if known):*
   b. ☐ Family: County/state *(specify):*            Case No. *(if known):*
   c. ☐ Juvenile: County/state *(specify):*          Case No. *(if known):*
   d. ☐ Other: County/state *(specify):*             Case No. *(if known):*

2. ☐ CHILD CUSTODY                                   ☐ I request temporary emergency orders
   ☐ VISITATION (PARENTING TIME)
   a. I request that the court make orders about the following children *(specify):*

   | Child's Name | Date of Birth | ☐ Legal Custody to *(person who decides: health, education, etc):* | ☐ Physical Custody to *(person with whom child lives):* |
   |---|---|---|---|
   | | | | |

   ☐ Attachment 2a.

   b. ☐ The orders I request for ☐ child custody ☐ visitation (parenting time) are:
      (1) ☐ Specified in the attached forms:
          ☐ Form FL-305   ☐ Form FL-311   ☐ Form FL-312   ☐ Form FL-341(C)
          ☐ Form FL-341(D)   ☐ Form FL-341(E)   ☐ Other *(specify):*
      (2) ☐ As follows *(specify):*                           ☐ Attachment 2b.

   c. The orders that I request are in the best interest of the children because *(specify):*   ☐ Attachment 2c.

   d. ☐ This is a change from the current order for ☐ child custody ☐ visitation (parenting time).
      (1) ☐ The order for legal or physical custody was filed on *(date):*          . The court ordered *(specify):*

      (2) ☐ The visitation (parenting time) order was filed on *(date):*          . The court ordered *(specify):*

                                                                                  ☐ Attachment 2d.

FL-300

| PETITIONER: LORIK MIKHAEILPOOR | CASE NUMBER: |
|---|---|
| RESPONDENT: HYDOUK KOVARKIZI | 20CHFL00808 |
| OTHER PARENT/PARTY: | |

3. ☐ CHILD SUPPORT
(Note: An earnings assignment may be issued. See *Income Withholding for Support* (form FL-195))

a. I request that the court order child support as follows:

Child's name and age    ☐ I request support for each child    Monthly amount ($) requested
based on the child support guideline.    (if not by guideline)

☐ Attachment 3a.

b. ☐ I want to change a current court order for child support filed on *(date)*:
The court ordered child support as follows *(specify)*:

c. I have completed and filed with this *Request for Order* a current *Income and Expense Declaration* (form FL-150) or I filed a current *Financial Statement (Simplified)* (form FL-155) because I meet the requirements to file form FL-155.

d. The court should make or change the support orders because *(specify)*:    ☐ Attachment 3d.

4. ☐ SPOUSAL OR DOMESTIC PARTNER SUPPORT
(Note: An *Earnings Assignment Order For Spousal or Partner Support* (form FL-435) may be issued.)

a. ☐ Amount requested *(monthly)*: $

b. ☐ I want the court to    ☐ change    ☐ end    the current support order filed on *(date)*:
The court ordered $    per month for support.

c. ☐ This request is to modify (change) spousal or partner support after entry of a judgment.
I have completed and attached *Spousal or Partner Support Declaration Attachment* (form FL-157) or a declaration that addresses the same factors covered in form FL-157.

d. I have completed and filed a current *Income and Expense Declaration* (form FL-150) in support of my request.

e. The court should should make, change, or end the support orders because *(specify)*:    ☐ Attachment 4e.

5. ☒ PROPERTY CONTROL    ☐ I request temporary emergency orders

a. The ☐ petitioner ☐ respondent ☐ other parent/party be given exclusive temporary use, possession, and control of the following property that we ☐ own or are buying ☐ lease or rent *(specify)*:

b. The ☐ petitioner ☒ respondent ☐ other parent/party be ordered to make the following payments on debts and liens coming due while the order is in effect:

Pay to: Lorik Mikhaeilpoor    For: Stipulation of Judgment    Amount: $ 130,000    Due date: November 5, 2022
Pay to: _____    For: _____    Amount: $ _____    Due date: _____
Pay to: _____    For: _____    Amount: $ _____    Due date: _____
Pay to: _____    For: _____    Amount: $ _____    Due date: _____

c. ☒ This is a change from the current order for property control filed on *(date)*: 10/17/2022

d. Specify in Attachment 5d the reasons why the court should make or change the property control orders.

**REQUEST FOR ORDER**

**FL-300**

| | | |
|---|---|---|
| PETITIONER: | LORIK MIKHAEILPOOR | CASE NUMBER: |
| RESPONDENT: | HYDOUK KOVARKIZI | 20CHFL00808 |
| OTHER PARENT/PARTY: | | |

6. ☐ **ATTORNEY'S FEES AND COSTS**
   I request attorney's fees and costs, which total *(specify amount):* $                . I filed the following to support my request:
   a. A current *Income and Expense Declaration* (form FL-150).
   b. A *Request for Attorney's Fees and Costs Attachment* (form FL-319) or a declaration that addresses the factors covered in that form.
   c. A *Supporting Declaration for Attorney's Fees and Costs Attachment* (form FL-158) or a declaration that addresses the factors covered in that form.

7. ☐ **DOMESTIC VIOLENCE ORDER**
   - Do not use this form to ask for domestic violence restraining orders! Read form DV-505-INFO, *How Do I Ask for a Temporary Restraining Order,* for forms and information you need to ask for domestic violence restraining orders.
   - Read form DV-400-INFO, *How to Change or End a Domestic Violence Restraining Order* for more information.

   a. The *Restraining Order After Hearing* (form DV-130) was filed on *(date):*
   b. I request that the court ☐ change ☐ end the personal conduct, stay-away, move-out orders, or other protective orders made in *Restraining Order After Hearing* (form DV-130). *(If you want to change the orders, complete 7c.)*
   c. ☐ I request that the court make the following changes to the restraining orders *(specify):* ☐ Attachment 7c.

   d. I want the court to change or end the orders because *(specify):* ☐ Attachment 7d.

8. ☐ **OTHER ORDERS REQUESTED** *(specify):* ☐ Attachment 8.

9. ☐ **TIME FOR SERVICE / TIME UNTIL HEARING**   I urgently need:
   a. ☐ To serve the *Request for Order* no less than *(number):*            court days before the hearing.
   b. ☐ The hearing date and service of the the *Request for Order* to be sooner.
   c. ☐ I need the order because *(specify):* ☐ Attachment 9c.

10. ☐ **FACTS TO SUPPORT** the orders I request are listed below. The facts that I write in support and attach to this request cannot be longer than 10 pages, unless the court gives me permission. ☐ Attachment 10.

I declare under penalty of perjury under the laws of the State of California that the information provided in this form and all attachments is true and correct.

Date: Nov 2, 2022

HYDOUK KOVARKIZI
(TYPE OR PRINT NAME)

Hydouk Kovarkizi (Nov 2, 2022 15:54 PDT)
(SIGNATURE OF APPLICANT)

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the proceeding. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

For your protection and privacy, please press the Clear This Form button after you have printed the form.      | Print this form | Save this form |      | Clear this form |

Essence Document Services, Inc.
Carla Medina, LA County LDA Reg. #: 2021077063 Exp. 3/3/23
25350 Magic Mountain Pkwy, Suite 300, Santa Clarita, CA 91355
PH. (661)675-5177 {Se habla Español!}
carla@essencedocuments.com  www.essencedocuments.com

## ATTACHMENT 5d

I, Hydouk Kovarkizi, declare and state as follows:

1.  I am over the age of 18 years old and the Respondent in this action. I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto, as set forth below:

2.  Petitioner, Lorik Mikhaeilpoor and Respondent Hydouk Kovarkizi were married on 11/11/1979, and separated on 2/19/2020.

3.  On 10/17/2022 the judgment of dissolution of marriage went into effect after both Petitioner and Respondent entered into a STIPULATION FOR JUDGMENT that went into effect on the date of execution. After several discussions and not reaching an agreement between Petitioner and myself Respondent, I ask for the court to intervene in the following issue.

4.  In the Marital Settlement Agreement both Petitioner and Respondent stipulated in section XVII. Other Terms and Conditions; A. Equalization Payment; 2. The remaining amount of $130,000 shall be paid by Respondent to Petitioner within 6 months from the trial date or on or before November 5, 2022. The true and correct balanced owned is $125,000, as I had previously paid Petitioner's attorney $5,000, dropping the balance down. I, Respondent tried to negotiate several methods with Petitioner where I would pay Petitioner the stipulated amount however we did not reach an agreement. I propose the following options in order to settle the debt within a timely manner.

5.  As outlined in section V. Deposition of Assets, Respondent was awarded a property located in Anhair Road Street11 Door 15, Urmia, Azerbajian, Iran. Respondent would like to sell this property to pay off to Petitioner the stipulated amount. The issue I am facing today is that due to current situation, Iran remains a deeply troubled country as it struggles to come up from underneath recently lifted international sanctions that were placed upon it by Western countries due to Iran's nuclear-related activities. Those sanctions squeezed Iran's oil exports and access to global financial markets, resulting in soaring inflation and plummeting foreign currency reserves. Selling the property right now would be a huge mistake as I would not be able to sell for a reasonable price, therefore not being able to fulfill my

debt. I am asking the court as option one to allow me up to 2 years to sell the property and pay the $125,000 full with interest of 2%.

6.   Option number two would be for me, Respondent, to give monthly installment payments to Petitioner of $2,000 until the sale of the home in Iran, where the remaining balance would be fully paid. Estimated time to pay $125,000 would be between 1-2 years with interest of 2%.

7.   Option number three would be for me, Respondent, to give monthly installment payments to Petitioner of $2,000 with a 2% interest rate for the next 5 years until the balance of $125,000 is fully paid off.

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this _____02_____ day of __11__ 2022 at __Valencia__ [city], California.

Hydouk Kovarkizi (Nov 2, 2022 15:54 PDT)

Declarant

**ATTACHMENT 5d**

- 2

7/17, 2021

## THIS FORM SHOULD NOT BE FILED WITH THE COURT

FL-142

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: (661) 254-4100 |
|---|---|
| Paulette Gharibian, Esq. SBN: 240290 | FAX NO.: (661) 254-4101 |
| GHARIBIAN & OLIVER | |
| 25350 Magic Mountain Pkwy, Suite 240, Valencia, CA 91355 | |
| e-mail: | APPriaSal |
| ATTORNEY FOR *(Name)*: Lorik Mikhaelpoor | LaRik |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
9425 Penfield Ave., Chatsworth, CA 91311

PETITIONER: LORIK MIKHAEILPOOR

RESPONDENT: HYDOUK KOVARKIZI

| SCHEDULE OF ASSETS AND DEBTS   (AMENDED) | CASE NUMBER: |
|---|---|
| [X] Petitioner's     [ ] Respondent's | 20CHFL00808 |

— INSTRUCTIONS —

List all your known community and separate assets or debts. Include assets even if they are in the possession of another person, including your spouse. If you contend an asset or debt is separate, put P (for Petitioner) or R (for Respondent) in the first column (separate property) to indicate to whom you contend it belongs.

All values should be as of the date of signing the declaration unless you specify a different valuation date with the description. For additional space, use a continuation sheet numbered to show which item is being continued.

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| 1. | REAL ESTATE *(Give street addresses and attach copies of deeds with legal descriptions and latest lender's statement.)* 27146 Baxard Place, Valencia, CA 91354 | | | 730,000.00 (per appraisal of 7/15/21) | Unknown |
| | Annair Road Street 11 Door 15, Urmia, Azerbajian | | | 400,000.00 | 0 |
| 2. | HOUSEHOLD FURNITURE, FURNISHINGS, APPLIANCES *(Identify.)* Already Divided | | | N/A | N/A |
| 3. | JEWELRY, ANTIQUES, ART, COIN COLLECTIONS, etc. *(Identify.)* Already Divided | | | N/A | N/A |

Page 1 of 4

| Form Approved for Optional Use Judicial Council of California FL-142 [Rev. January 1, 2005] | **SCHEDULE OF ASSETS AND DEBTS** (Family Law) | Code of Civil Procedure §§ 2030(c), 2033.5 www.courtinfo.ca.gov Westlaw Doc. & Form Builder |
|---|---|---|

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|---|
| 4. | VEHICLES, BOATS, TRAILERS *(Describe and attach copy of title document.)* | | | | | |
| | 2016 Honda CRV; Vin #8257 | P | 2016 | Approx | 18,000 | 7751.66 |
| | 2016 Honda CRV; Vin #9428 | R | 2016 | Approx | 18,000 | 7136.70 |
| | 2005 Chevy; Vin #3931 | R | Unknown | | | 0 |
| | 2009 Mercedez Benz C-300; Vin #7309 | P | Unknown | Approx | 4,000 | 0 |
| 5. | SAVINGS ACCOUNTS *(Account name, account number, bank, and branch. Attach copy of latest statement.)* None | 0 | 0 | | 0 | 0 |
| 6. | CHECKING ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* Bank of America; Account #7994 | P | 4/13/2015 | | 2701.00 | 0 |
| 7. | CREDIT UNION, OTHER DEPOSIT ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* None | 0 | | | 0 | 0 |
| 8. | CASH *(Give location.)* None | 0 | 0 | | 0 | 0 |
| 9. | TAX REFUND None | 0 | 0 | | 0 | 0 |
| 10. | LIFE INSURANCE WITH CASH SURRENDER OR LOAN VALUE *(Attach copy of declaration page for each policy.)* None | 0 | 0 | | 0 | 0 |

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| 11. | STOCKS, BONDS, SECURED NOTES, MUTUAL FUNDS *(Give certificate number and attach copy of the certificate or copy of latest statement.)* <br> None | 0 | 0 | 0 | 0 |
| 12. | RETIREMENT AND PENSIONS *(Attach copy of latest summary plan documents and latest benefit statement.)* <br> None | 0 | 0 | 0 | 0 |
| 13. | PROFIT - SHARING, ANNUITIES, IRAS, DEFERRED COMPENSATION *(Attach copy of latest statement.)* <br> None | 0 | 0 | 0 | 0 |
| 14. | ACCOUNTS RECEIVABLE AND UNSECURED NOTES *(Attach copy of each.)* <br> None | 0 | 0 | 0 | 0 |
| 15. | PARTNERSHIPS AND OTHER BUSINESS INTERESTS *(Attach copy of most current K-1 form and Schedule C.)* <br> None | 0 | 0 | 0 | 0 |
| 16. | OTHER ASSETS <br> 2 Properties at Forest Lawn Memorial Park: Spaces 1 & 2 Lot #6429, Hillside, Hollywood Hills | | | Approx    10,000 | 0 |
| 17. | TOTAL ASSETS FROM CONTINUATION SHEET | | | | |
| 18. | TOTAL ASSETS | | | TBD | |

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

| ITEM NO. | DEBTS—SHOW TO WHOM OWED | SEP. PROP. | TOTAL OWING | DATE INCURRED |
|---|---|---|---|---|
| 19. STUDENT LOANS *(Give details.)*<br>None | | 0 | 0 | 0 |
| 20. TAXES *(Give details.)*<br>None | | 0 | 0 | 0 |
| 21. SUPPORT ARREARAGES *(Attach copies of orders and statements.)*<br>None | | 0 | 0 | 0 |
| 22. LOANS—UNSECURED *(Give bank name and loan number and attach copy of latest statement.)*<br>Logix Personal Loan; Account #1400 | | P | 7058.56 | 1/31/2019 |
| 23. CREDIT CARDS *(Give creditor's name and address and the account number. Attach copy of latest statement.)*<br>Citi Bank; Account #5225 | | | 277.42 | |
| 24. OTHER DEBTS *(Specify.):* | | | | |
| 25. TOTAL DEBTS FROM CONTINUATION SHEET | | | | |
| 26. TOTAL DEBTS | | | TBD | |

27. ☐ *(Specify number):* _____ pages are attached as continuation sheets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July    , 2021

LORIK MIKHAEILPOOR
(TYPE OR PRINT NAME)                                                    ► _____ (SIGNATURE OF DECLARANT)

FL-142 [Rev. January 1, 2005]                    SCHEDULE OF ASSETS AND DEBTS                    Page 4 of 4
                                                         (Family Law)

Brian Gaines

27146 Baxard
File # 072101086

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address 27146 Baxard Pl | | City Valencia | | State CA | Zip Code 91354 | |
| Borrower Lorik Mikhaeilpoor | Owner of Public Record Heydog Kovarkizi | | | County Los Angeles | | |
| Legal Description Tract 44481 Lot 48 | | | | | | |
| Assessor's Parcel # 2811-031-026 | | Tax Year 2020 | | R.E. Taxes $ 9,280 | | |
| Neighborhood Name Valencia / Northbridge | | Map Reference LA County | | Census Tract 9201.14 | | |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | | ☒ PUD | HOA $ 45 | ☐ per year ☒ per month | |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | | | | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Personal ( Lorik Mikhaeilpoor ) | | | | | | |
| Lender/Client Gharibian & Oliver, Attorneys at Law | Address 25350 Magic Mountain Pkwy, Suite 240, Valencia, CA 91355 | | | | | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? | | | | ☐ Yes ☒ No | | |
| Report data source(s) used, offering price(s), and date(s). FIRST AMERICAN CORE LOGIC ( FACL ) / CRMLS Matrix. The Subject was not listed at the time of this appraisal. | | | | | | |
| I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. | | | | | | |

| | | | | |
|---|---|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) | | |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No | | | | |
| If Yes, report the total dollar amount and describe the items to be paid. | | | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 98 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 0 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 573 Low | 23 | Multi-Family | 1 % |
| Neighborhood Boundaries North of Newhall ranch Rd; South of Copper Hill Dr; East of the 5 Freeway and | | | | | | 920 High | 33 | Commercial | 1 % |
| West of Seco Canyon Dr. | | | | | | 719 Pred. | 30 | Other | 0 % |
| Neighborhood Description See attached addenda. | | | | | | | | | |

Market Conditions (including support for the above conclusions) THE APPRAISER HAS NOTED DECLINING LISTING INVENTORY AND STABLE SALES ACTIVITY. CURRENTLY A SHORTAGE IN SUPPLY OF AVAILABLE HOMES FOR SALE EXISTS. STANDARD SALES AND LISTINGS NOW COMPRISE MOST OF THE CURRENT MARKET PROPERTIES. THE SUBJECT'S NEIGHBORHOOD HAS SHOWN SIGNS OF INCREASING PROPERTY VALUES OVER THIS PAST YEAR

| | | | | | |
|---|---|---|---|---|---|
| Dimensions 56 x 122 x 84 x 111 | Area 8,057 sf | Shape Rectangular | | View N;Res; | |
| Specific Zoning Classification SCUR1 | Zoning Description Residential - Single Family PUD | | | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe | | | | | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | | FEMA Map # 06037C0816G | | | FEMA Map Date 06/02/2021 | | |
| Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe | | | | | | | | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe | | | | | | | | |

NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE NOTED. THE SUBJECT SITE IS TYPICAL WITH STANDARD EASEMENTS AND CONFORMING SITE AND OFF SITE IMPROVEMENTS. THE PRELIMINARY TITLE AND SOIL REPORTS WERE NOT REVIEWED BY THE APPRAISER. THE HIGHEST AND BEST USE OF THE SUBJECT PROPERTY IS CONSIDERED AS IMPROVED WITH A CONFORMING SINGLE FAMILY HOME.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Poured concrete / Avg | | Floors Lamint, marb / Avg | |
| # of Stories 2 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco,wd like / Avg | | Walls Drywall / Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area 0 sq.ft. | | Roof Surface Conc, shingle / Avg | | Trim/Finish Wood, paint / Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Aluminum / Avg | | Bath Floor Tile / Avg | |
| Design (Style) Contemporary | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Aluminum / Avg | | Bath Wainscot Tile / Avg | |
| Year Built 1989 | | Evidence of ☐ Infestation | | Storm Sash/Insulated No | | Car Storage ☐ None | |
| Effective Age (Yrs) 30 | | ☐ Dampness ☐ Settlement | | Screens Aluminum / Avg | | ☒ Driveway # of Cars 2 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities Woodstove(s) # 0 | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence Block | | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Cover ☒ Porch Cover | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☒ Other Guest Quar | | Att. ☐ Det. ☒ Built-In | |
| Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | |
| Finished area above grade contains: 7 Rooms 3 Bedrooms 3.0 Bath(s) 1,488 Square Feet of Gross Living Area Above Grade | | | | | | | |
| Additional features (special energy efficient items, etc.). See attached addenda. | | | | | | | |
| Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-updated-eleven to fifteen years ago;Bathrooms-updated-eleven to fifteen years ago;See attached addenda. | | | | | | | |

| | |
|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? | ☐ Yes ☒ No If Yes, describe |

| | |
|---|---|
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? | ☒ Yes ☐ No If No, describe |

## Uniform Residential Appraisal Report

27146 Baxard
File # 072101086

| | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|

There are __7__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 709,900 to $ 799,990

There are __43__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 573,000 to $ 920,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 27146 Baxard Pl Valencia, CA 91354 | 23981 Bennington Dr Valencia, CA 91354 | | 23744 Cameron Ct Valencia, CA 91354 | | 27244 Camden Pl Valencia, CA 91354 | |
| Proximity to Subject | | 0.20 miles NW | | 0.03 miles E | | 0.08 miles NW | |
| Sale Price | $ | | $ 719,000 | | $ 680,000 | | $ 650,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 497.58 sq.ft. | | $ 470.59 sq.ft. | | $ 449.83 sq.ft. | |
| Data Source(s) | | CRMLS # FR21090194;DOM 1 | | CRMLS # SR20214892;DOM 6 | | CRMLS # SR20182503;DOM 30 | |
| Verification Source(s) | | DOC # 850048 / Tax records | | DOC # 1527271 / Tax records | | DOC # 1444804 / Tax records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | FHA;0 | |
| Date of Sale/Time | | s05/21;c05/21 | +14,000 | s11/20;c11/20 | +54,000 | s11/20;c10/20 | +59,000 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8,057 sf | 6,680 sf | +11,000 | 8,209 sf | 0 | 8,544 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Contp | DT2;Comp | | DT2;Contp | | DT2;Contp | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 32 | 32 | | 32 | | 32 | |
| Condition | C3 | C3 | -25,000 | C3 | -25,000 | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7  3  3.0 | 7  3  3.0 | | 7  3  3.0 | | 7  3  3.0 | |
| Gross Living Area | 1,488 sq.ft. | 1,445 sq.ft. | 0 | 1,445 sq.ft. | 0 | 1,445 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Conforms Yes | Conforms Yes | | Conforms Yes | | Conforms Yes | |
| Heating/Cooling | Heating / Cooling | Heating / Cooling | | Heating / Cooling | | Heating / Cooling | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2gbi2dw | | 2gbi2dw | |
| Porch/Patio/Deck | Patio, Guest Qrt | Patio, None | +20,000 | Patio, None | +20,000 | Patio, None | +20,000 |
| Original List Price | n/a | $729,000 | 0 | $685,000 | 0 | $849,900 | 0 |
| Sold % of list price | n/a | Sold 100% of list | 0 | Sold 102% of list | 0 | Sold 100% of list | 0 |
| Sale type | None | Standard sale | 0 | Standard sale | 0 | Standard sale | 0 |
| Net Adjustment (Total) | | ☒ +   - | $ 20,000 | ☒ +   - | $ 49,000 | ☒ +   - | $ 79,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.8% Gross Adj. 9.7% | $ 739,000 | Net Adj. 7.2% Gross Adj. 14.6% | $ 729,000 | Net Adj. 12.2% Gross Adj. 12.2% | $ 729,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)    FIRST AMERICAN CORE LOGIC ( FACL ) / CRMLS Matrix

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)    FIRST AMERICAN CORE LOGIC ( FACL ) / CRMLS Matrix

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | FACL / Tax records | FACL / Tax records | FACL / Tax records | FACL / Tax records |
| Effective Date of Data Source(s) | 07/08/2021 | 07/08/2021 | 07/08/2021 | 07/08/2021 |

Analysis of prior sale or transfer history of the subject property and comparable sales    THE SUBJECT PROPERTY HAS NOT SOLD OR BEEN LISTED IN THE PAST 36 MONTHS.  OF THE 43 SALES LOCATED IN THE SUBJECT'S NEIGHBORHOOD OVER THIS PAST YEAR, THERE WERE NO BANK OWNED OR SHORT SALE PROPERTIES.  WHICH IS 0% OF ALL PAST SALE WERE BANK OWNED OR SHORT SALE PROPERTIES.  AVERAGE DAYS ON THE MARKET WAS 12 DAYS AND PROPERTIES SOLD 100% OF THEIR LIST PRICE.  SALES COMP # 1 SOLD 100% OF LIST PRICE.  SALES COMP # 2 SOLD 102% OF LIST PRICE. SALES COMP # 3 SOLD 100% OF LIST PRICE.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $  730,000

Indicated Value by: Sales Comparison Approach $ 730,000    Cost Approach (if developed) $ 730,865    Income Approach (if developed) $  0

THE SALES COMPARISON APPROACH BEST REFLECTS THE ACTIONS OF THE BUYERS AND SELLERS IN THE MARKETPLACE AND BEST INDICATES MARKET VALUE. THE INCOME APPROACH IS NOT UTILIZED IN THIS VALUATION DUE TO INSUFFICIENT RENTAL DATA IN THE SUBJECT'S AREA AND TYPICAL BUYERS NOT BASING THEIR BUYING DECISION ON THE POTENTIAL INCOME OF THE PROPERTY. COST APPROACH WAS DEVELOPED FOR THIS APPRAISAL REPORT.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is

$  730,000 , as of  07/15/2021 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    UAD Version 9/2011    Page 2 of 6    Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

27148 Baxard
File # 072101086

See attached addenda:

ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  SITE VALUE IS ESTIMATED VIA EXTRACTION METHOD.  LAND TO VALUE RATIO IS TYPICAL TO THE AREA AT THE TIME OF THIS APPRAISAL. FUNCTIONAL DEPRECIATION IS FOR THE GUEST UNIT. THIS CURRENT MARKET DOES NOT RECAPTURE THE FULL REPLACEMENT COST OF A GUEST UNIT.  DUE TO YEAR BUILT, BUILDING MATERIALS AND DEFERED MAINTENANCE.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data  Building-cost.net

Quality rating from cost service  Average    Effective date of cost data  07/21

Comments on Cost Approach (gross living area calculations, depreciation, etc.)  BUILDERS-COST NET SERVICES, MODIFIED FOR LOCAL REQUIREMENTS AND CONDITIONS AS SUGGESTED BY BUILDERS IN THE SUBJECT'S MARKET AREA FOR ESTIMATING REPLACEMENT COST. LAND VALUE RATIO IS TYPICAL FOR THIS AREA. LAND VALUE WAS ESTIMATED BY THE ABSTRACTION METHOD BASED UPON THE DEDUCTION OF THE DEPRECIATED IMPROVEMENT VALUE FROM THE OVERALL VALUE. PHYSICAL DEPRECIATION IS BASED ON AGE / LIFE METHOD OF 90 YEARS.

Estimated Remaining Economic Life (HUD and VA only)  60 Years

| OPINION OF SITE VALUE | | | | =$ | 390,000 |
|---|---|---|---|---|---|
| DWELLING | 1,488 Sq.Ft. @ $ | 275.00 | | =$ | 409,200 |
| | 0 Sq.Ft. @ $ | | | =$ | |
| Guest unit | | | | =$ | 45,000 |
| Garage/Carport | 448 Sq.Ft. @ $ | 99.00 | | =$ | 44,352 |
| Total Estimate of Cost-New | | | | =$ | 498,552 |
| Less | Physical | Functional | External | | |
| Depreciation | 166,167 | 27,520 | | =$( | 193,687) |
| Depreciated Cost of Improvements | | | | =$ | 304,865 |
| "As-is" Value of Site Improvements | | | | =$ | 36,000 |
| INDICATED VALUE BY COST APPROACH | | | | =$ | 730,865 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  0    X Gross Rent Multiplier  0  = $  0    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)  THE INCOME APPROACH IS NOT UTILIZED IN THIS VALUATION DUE TO INSUFFICIENT RENTAL DATA IN THE SUBJECT'S AREA AND TYPICAL BUYERS NOT BASING THEIR BUYING DECISION ON THE POTENTIAL INCOME FLOW OF THE PROPERTY.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No  Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | | Total number of units | | Total number of units sold | |
|---|---|---|---|---|---|
| Total number of units rented | | Total number of units for sale | | Data source(s) | |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005          UAD Version 9/2011   Page 3 of 6          Fannie Mae Form 1004 March 2005

**Uniform Residential Appraisal Report**

27146 Baxard
File # 072101066

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

27148 Baxard
File # 072101086

## Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

27146 Baxard
File # 0721010B6

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER   Brian Gaines | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Brian Gaines | Name |
| Company Name  BRIAN GAINES | Company Name |
| Company Address  24231 BLOSSOM CT. | Company Address |
| VALENCIA, CA 91354 | |
| Telephone Number  (661) 645-8765 | Telephone Number |
| Email Address  briangaines.crea@gmail.com | Email Address |
| Date of Signature and Report   07/23/2021 | Date of Signature |
| Effective Date of Appraisal   07/15/2021 | State Certification # |
| State Certification #   AR012449 | or State License # |
| or State License # | State |
| or Other (describe)                      State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License   03/29/2023 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 27146 Baxard Pl | Date of Inspection |
| Valencia, CA 91354 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $       730,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  Personal ( Lorik Mikhaeilpoor ) | COMPARABLE SALES |
| Company Name  Gharibian & Oliver, Attorneys at Law | |
| Company Address  25350 Magic Mountain Pkwy, Suite 240, Valencia, | ☐ Did not inspect exterior of comparable sales from street |
| CA 91355 | ☐ Did inspect exterior of comparable sales from street |
| Email Address  On file with Gharibian & Oliver, Attorneys at Law | Date of Inspection |

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

### plemental Addendum

File No. 072101086

| | |
|---|---|
| Borrower/Client | Lorik Mikhaeilpoor |
| Property Address | 27146 Bavard Pl |
| City | Valencia | County Los Angeles | State CA | Zip Code 91354 |
| Lender | Ghenbian & Oliver, Attorneys at Law |

**• URAR : Neighborhood Market Factors**
THE SUBJECT'S IMMEDIATE NEIGHBORHOOD OF VALENCIA / NORTHBRIDGE CONSISTS OF ONE AND TWO STORY PROPERTIES OF AVERAGE TO GOOD QUALITY CONSTRUCTION. THE AREA HAS A WIDE RANGE OF VALUES WITH MOST PROPERTIES CONSTRUCTED OVER A WIDE TIME SPAN. THE SUBJECT HAS ACCESS TO ALL NECESSARY SUPPORTING FACILITIES INCLUDING EMPLOYMENT. GROWTH RATE IS TYPICAL TO THE AREA. THIS AREA OF ?, IS APPROXIMATELY 1.5 SQUARE MILE IN SIZE.

**• URAR : Additional Features**
THE SUBJECT PROPERTY HAS ITS ORIGINAL DUEL PANE ALUMINIUM WINDOWS. THERE IS STANDARD GRADE LAMINATE AND UP GRADED MARBLE FLOORING. All utilities and water were functioning at the time of this inspection. There were smoke alarms in bed rooms and hallway and one carbon monoxide alarm on each floor. The hot water heater was double strapped and vented.

**• URAR : Condition of Improvements**
THE SUBJECT PROPERTY WAS FOUND TO BE IN C-3 OR AVERAGE CONDITION ON THE DAY OF THIS APPRAISAL. IMPROVEMENTS ARE OF AVERAGE SIZE AND TYPICAL IN AGE FOR THE AREA. QUALITY OF CONSTRUCTION IS AVERAGE, HAVING A CONCRETE SHINGLE ROOF, DRYWALL INTERIOR WALLS, SLAB FOUNDATION AND ALUMINIUM WINDOWS. THERE IS AN ACCESSORY UNIT ADDED IN 2018. OF 480 SQ FT. WITH PERMIT NUMBERS BLD-16-01680 & BLD 18-01917. NO SIGNS OF DAMAGE OR NEEDED REPAIRS. FUNCTIONAL DEPRECIATION IS FOR THE GUEST UNIT. THIS CURRENT MARKET DOES NOT RECAPTURE THE FULL REPLACEMENT COST OF A GUEST UNIT. DUE TO YEAR BUILT, BUILDING MATERIALS AND DEFERED MAINTENANCE.

Limited sales and limited pending or activity listings were discovered within the past one year period of homes with a similar guest quarters amenity as the subject's. Guest quarters is an emerging trend in the market with homes throughout the subject's market being observed as having guest quarters to subject's. However, at this time the market reacts more positively than negatively, to this type of amenity. Market derived adjustment was developed by matched pair analysis of similar size properties in the subject's neighborhood over the past two years. Therefore, a line item adjustment for subject's guest quarters is $20,000 at this time. Which is approximately 3% of the Subject's appraised value and appears reasonable, for this guest quarters adjustment, for this area of Valencia.

**• URAR : Sales Comparison Comments**
ALL SALES COMPS ARE LOCATED WITHIN THE SUBJECT'S NEIGHBORHOOD OF VALENCIA / NORTHBRIDGE. WHICH IS APPROXIMATELY 1.5 SQUARE MILES IN SIZE. THE SUBJECT PROPERTY HAS A FINAL VALUE THAT FALLS INTO THE RANGE OF PRICE PER GLA OF SALE AND LISTING COMPARABLES FOUND IN THIS REPORT. *THE SUBJECT'S NEIGHBORHOOD OF VALENCIA, HAS SHOWN SIGNS OF INCREASING PROPERTY VALUES OVER THE PAST 12 MONTHS. WHICH APPEARS TO BE APPROXIMATELY 12% OR APPROXIMATELY 1% PER MONTH INCREASE IN PROPERTY VALUES OVER THIS PAST YEAR.* SALES COMP # 1 IS GIVEN 37% WEIGHT FOR THIS REPORT. DUE TO IT'S TIME OF SALE. HAVING INFERIOR LOT UTILITY, SUPERIOR CONDITION AND HAVING SIMILAR GROSS LIVING AREA. SALES COMP # 1 HAS SIMILAR LOCATION VALUE. SALES COMP # 1 HAS INFERIOR LOT UTILITY. SALES COMP # 1 HAS A SIMILAR QUALITY VIEW OF VALUE. SALES COMP # 1 HAS SIMILAR CURB APPEAL, AGE AND HAS SUPERIOR OVERALL CONDITION AND CURRENT QUALITY CUSTOM UP GRADES. SUCH AS RECENT KITCHEN, BATH ROOM AND FLOORING UP DATING. SALES COMP # 1 HAS SIMILAR BED ROOM COUNT. HAS SIMILAR BATH ROOM COUNT AND HAS SIMILAR GROSS LIVING AREA. SALES COMP # 1 HAS SIMILAR GARAGE COUNT AND HAS A SIMILAR QUALITY PATIO AREA. SALES COMP # 1 HAS NO GUEST QUARTERS. SALES COMP # 1 WAS A STANDARD SALE PROPERTY. SALES COMP # 2 IS GIVEN 30% WEIGHT FOR THIS REPORT. DUE TO ITS TIME OF SALE. HAVING SIMILAR LOCATION VALUE, SIMILAR LOT UTILITY. SUPERIOR CONDITION AND SIMILAR GLA. SALES COMP # 2 HAS SIMILAR LOCATION  VALUE. SALES COMP # 2 HAS SIMILAR LOT UTILITY AND HAS A SIMILAR QUALITY VIEW OF VALUE. SALES COMP # 2 HAS SIMILAR CURB APPEAL, AGE AND WAS FOUND TO HAVE SUPERIOR OVERALL CONDITION AND CURRENT QUALITY CUSTOM UP GRADES. SUCH AS RECENT KITCHEN, BATH ROOM AND FLOORING UP DATING. SALES COMP # 2 HAS SIMILAR BED ROOM COUNT. HAS SIMILAR BATH ROOM COUNT AND HAS SIMILAR GROSS LIVING AREA. SALES COMP # 2 HAS SIMILAR GARAGE COUNT AND HAS A SIMILAR QUALITY PATIO AREA. SALES COMP # 2 HAS NO GUEST QUARTERS. SALES COMP # 3 IS GIVEN 33% WEIGHT FOR THIS REPORT. DUE TO IT HAVING SIMILAR LOCATION VALUE, SIMILAR CONDITION. HAVING SIMILAR LOT UTILITY. SALES COMP # 3 HAS SIMILAR GLA. SALES COMP # 3 HAS SIMILAR LOCATION VALUE. SALES COMP # 3 HAS SIMILAR LOT UTILITY. SALES COMP # 3 HAS A SIMILAR QUALITY VIEW OF VALUE. SALES COMP # 3 HAS SIMILAR CURB APPEAL, AGE AND HAS SIMILAR OVERALL CONDITION AND CURRENT QUALITY CUSTOM UP GRADES. SALES COMP # 3 HAS SIMILAR BED ROOM COUNT. HAS SIMILAR BATH ROOM COUNT AND HAS SIMILAR GROSS LIVING AREA. SALES COMP # 3 HAS SIMILAR GARAGE COUNT AND HAS A SIMILAR QUALITY PATIO AREA. SALES COMP # 3 HAS NO GUEST QUARTERS. ALL SALE COMPS FOUND IN THIS REPORT SUPPORT OR BRACKET THE FINAL VALUE FOR THE SUBJECT PROPERTY AT THE TIME OF THIS APPRAISAL. *ALL SALE COMPS FOUND IN THIS REPORT HAVE AN UP-WARD TIME OF SALE ADJUSTMENT. WHICH REFLECTS CURRENT MARKET SALE CONDITIONS, AT THE TIME OF THIS APPRAISAL.*

Comparables Summary & Estimated Indicated Value

| | Sale Price | Grs Adj % | Ind Value | Weight |
|---|---|---|---|---|
| Comp #1: | 719,000 | 9.7357 | 739,000 | 36.6445 |
| Comp #2: | 680,000 | 14.5688 | 729,000 | 30.0282 |
| Comp #3: | 650,000 | 12.1539 | 729,000 | 33.3273 |

ESTIMATED INDICATED VALUE OF THE SUBJECT   : 732,664
YOUR INDICATED VALUE OF THE SUBJECT   : 730,000

"Estimated indicated value is determined by using the Gross Adjustment of sale price for each comparable as a measure of the relative quality of the comp. A lower adjustment indicates a better comp, and vice versa. The ratio of gross dollar adjustment to sale price for each of the comps is used to calculate the weight each comp should have in a weighted average calculation. This weighted average is used as the indicated value of the subject."

"As with any method, this technique is not perfect. However, it does do a very good job of giving more weight to the most similar comps while at the same time minimizing values near the extremes of the indicated value range."

*Adjustments were derived by a matched paired analysis of similar quality and size properties and group data analysis, typically, this involves comparing the differences in the median sales prices between larger sets of market data, over the past year.*

Lot size adjustments or market-based adjustments ( when warranted ) were derived by a matched paired analysis of similar quality and size properties over the past year. Which had a range from $5.00 to $10.00 per sq ft of lot utility difference. For this report $8.00 has been utilized and appears to be a reasonable lot size difference adjustment, for this area of Valencia. Lot size market-based adjustments for this area of Valencia are not warranted for 1,000 sq ft, of lot size difference.

plemental Addendum

File No. 072101086

| Borrower/Client | Lorik Mikhaeilpoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County | Los Angeles | State | CA | Zip Code | 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |

GLA market-based adjustments for this area of Valencia are not warranted for 100 sq ft of GLA difference. GLA adjustments or market-based adjustments were derived by a matched paired analysis of similar quality and size properties over the past year. Which have a GLA range from $40.00 per sq ft to $75.00 per sq ft of GLA difference. For this report $50.00 has been utilized and appears to be a reasonable GLA difference adjustment, for this area of Valencia.

The property type and the market standards determine bedroom and bath room adjustments. Bed and bath room market-based adjustments ( **when warranted** ) for this area of Valencia, were derived by a matched paired analysis of similar quality and size properties over the past year. This current market reacts to bed room count differences and adjustments of $10,000, appear to be reasonable, at this time. This current market reacts to bath room count differences and adjustments of $10,000 per bath room or $5,000 per 1/2 bath room count and appears to be a reasonable adjustment.

Condition adjustments ( **when warranted** ) is the cost to cure a comparable to the subject's current C-3 or average condition and is how this current market reacts to these differences of quality and condition. These condition and market-based adjustments,appear to be reasonable, at the time of this report.

*CONDITION ADJUSTMENTS, WERE DERIVED BY THE CURRENT MARKET REACTIONS AND UTILIZING MATCHED PAIRED ANALYSIS OVER THE PAST YEAR, TO INFERIOR AND SUPERIOR QUALITY BUILDING MATERIALS. SUCH AS HARD WOOD, CARPET AND TILE FLOORING. AND IF THE KITCHEN AND BATH ROOMS HAVE BEEN UP-DATED OR REMODELED IN THE PAST COUPLE YEARS; OR THE LACK OF CURRENT QUALITY UP-DATING. WAS THE PROPERTY TENANT OCCUPIED. HAVING INFERIOR QUALITY BUILDING MATERIALS.*

Year Built or age differences have been given $500 per year difference. This age difference appears to be reasonable for this area of  and how this current market reacts to this age difference condition. This current market will pay a similar value for a similar quality and like size property, that has an age range of 1 to 10 years, found in the subject's immediate neighborhood, at this time. *Therefore no age adjustments are warranted for the sale and listing comparables found in this report.*

THE APPRAISER HAS PREPARED THIS APPRAISAL IN FULL COMPLIANCE WITH THE HOME VALUATION CODE OF CONDUCT AND HAS NOT PERFORMED, PARTICIPATED IN, OR BEEN ASSOCIATED WITH ANY ACTIVITY IN VIOLATION OF THE CODE.

THIS APPRAISAL REPORT WAS DEVELOPED IN ADHERENCE TO THE LENDERS APPRAISER INDEPENDENCE REQUIREMENTS.

*I have performed no appraisal or other services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review within the three-year period immediately preceding acceptance of this assignment.*

**My Comparable Search Results:**
When locating like and similar quality comparable properties, for an appraisal report. Greatest weight is given to Gross Living Area and secondary weight is given to lot size and location and overall condition. The initial comparable sale search focused on the most current sales and similar size pending listings first and active listing second. Current sales with transaction dates within the past 12 months, located within 1.5 miles from the subject, having a GLA  range no grater than and no less than 2% to 35% of the Subject's overall GLA, with the most similar site size, similar age within a 10 year range, and similar style and functional utility, such as similar bed and bath room count.  The initial search resulted in 43 sales and  7 listing properties. However, only three sales were considered comparable for this report.  The others were not similar to the subject property.  Those not chosen were inferior or superior in size, had inferior location values, inferior or superior size lots, had a pool or superior quality views of value.  These 50  properties had a GLA range from 982  sq ft  to 1,933 sq ft. with a 2 bedroom to 4 bedroom range and a  2 bathroom to 4 bathroom range. The subject property is well within these ranges for GLA, lot size and overall condition.  All sale and listing comps found in this report have similar or bracket the Subject's GLA, lot size, age and overall condition.

The subject properties  final value is greater than the areas predominant value by 2%.  The subject's appraised value is over  the predominant value for the neighborhood by 2%.  The subject is still within a marketable range and not considered an over improvement.  This final value, has no adverse affect on marketability.

THE SUBJECT PROPERTY HAS A FINAL VALUE GREATER THAN THE PREDOMINANT VALUE FOR IT'S NEIGHBORHOOD.  THE SUBJECT PROPERTY IS NOT AN OVER IMPROVEMENT FOR THE AREA.  AS THERE ARE LARGER SIZE PROPERTIES LOCATED ON LARGER SIZE LOTS IN IT'S NEIGHBORHOOD OF VALENCIA / NORTHBRIDGE.

*THE SUBJECT'S NEIGHBORHOOD OF  VALENCIA,  HAS SHOWN SIGNS OF INCREASING PROPERTY VALUES OVER THE PAST 12 MONTHS. WHICH APPEARS TO BE APPROXIMATELY 12% OR APPROXIMATELY  1% PER MONTH INCREASE IN PROPERTY VALUES OVER THIS PAST YEAR.*

*ALL SALE COMPS FOUND IN THIS REPORT HAVE AN UP-WARD TIME OF SALE ADJUSTMENT. WHICH REFLECTS CURRENT MARKET SALE CONDITIONS, AT THE TIME OF THIS APPRAISAL.*

Brian Gaines
07/23/2021

## Market Conditions Addendum to the Appraisal Report

27146 Baxard
File No. 072101066

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 27146 Baxard Pl | City | Valencia | State | CA | ZIP Code | 91354 |
|---|---|---|---|---|---|---|---|

Borrower    Lorik Mikhaelipoor

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 23 | 8 | 12 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 3.83 | 2.67 | 4.00 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | | | 7 | ☒ Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | | | 1.6 | ☒ Declining | Stable | Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 680,000 | 720,000 | 772,000 | ☒ Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 16 | 12 | 8 | ☒ Declining | Stable | Increasing |
| Median Comparable List Price | | | 749,256 | Increasing | ☒ Stable | Declining |
| Median Comparable Listings Days on Market | | | 13 | Declining | ☒ Stable | Increasing |
| Median Sale Price as % of List Price | 102 | 102 | 100 | Increasing | ☒ Stable | Increasing |

Seller-(developer, builder, etc.)paid financial assistance prevalent?   Yes  ☒ No

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    SELLER CONCESSIONS ARE TYPICALLY 3% AND GO TOWARD THE BUYERS CLOSING COSTS.  MLS AND PUBLIC RECORDS DOES NOT ALWAYS INDICATE THESE SELLER CONCESSIONS, AS THEY ARE PRIVATE CONTRACTS AND ARE NOT ALWAYS MADE PUBLIC.  Reo & Short Sales are utilized only when such sales are deemed to be the overall most representative of the subject's market and best indicators of value available. This analysis includes that they are 1) in the subject's neighborhood / market or in reasonable proximity, 2) subject to reasonable adjustments, 3) sold and /or publicly offered with a willing buyer and seller, 4) exposed to the market for a reasonable period of time.

Are foreclosure sales (REO sales) a factor in the market?   Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
THE APPRAISER HAS NOTED A SHORTAGE IN SUPPLY OF AVAILABLE LISTING INVENTORY AND INCREASING SALE ACTIVITY, OF THE NINE CURRENT ACTIVE LISTINGS LOCATED IN THE SUBJECT'S NEIGHBORHOODS, THERE ARE NO SHORT SALE OR BANK OWNED PROPERTIES.  WHICH IS 0% OF ALL CURRENT LISTINGS ARE BANK OWNED OR SHORT SALE LISTINGS. THIS IS NO CHANGE FROM THE 0% PAST BANK OWNED OR SHORT SALE PROPERTIES, THAT HAVE SOLD OVER THIS PAST YEAR.  THIS IS A GOOD INDICATOR THE CURRENT MARKET HAS SELF CORRECTED AND SHOWING SIGNS OF MARKET STABILITY.  THERE IS A CURRENT TWO MONTH SUPPLY OF LISTINGS AND THIS IS CONSIDERED TO BE A SHORTAGE IN SUPPLY FOR THE SUBJECT'S NEIGHBORHOOD.

Cite data sources for above information.    FIRST AMERICAN CORE LOGIC ( FACL ) / CRMLS Matrix.  It should be noted that the 1004MC reflects sales with closing dates more recent than some of the comps utilized; however these sales are not considered to be superior indicators of value to those utilized as the market is non homogeneous. The comps utilized are considered to be the best indicators of value from a pool of available sales.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
THE SUBJECT'S NEIGHBORHOOD, HAS SHOWN SIGNS OF INCREASING PROPERTY VALUES OVER THE PAST 12 MONTHS. WHICH APPEARS TO BE APPROXIMATELY 12% OR APPROX 1% PER MONTH INCREASE IN PROPERTY VALUES OVER THIS PAST YEAR. A SINGLE FAMILY RESIDENCE MEDIA SALE PRICE OF $772,000 SOLD ON 07/2021 AND BACK ON 07/2020 WAS $680,000 FOR A SIMILAR MODEL PROPERTY OF SIMILAR APPEAL AND SIMILAR OVERALL CONDITION.  A TYPICAL SINGLE FAMILY RESIDENCE  LIST PRICE OF $775,000 07/2021  LAST SOLD ON 07/2020 FOR $682,000.  STATISTICAL INFORMATION FROM THE LOCAL MLS INDICATED THE AVERAGE PROPERTY TOOK 12 DAYS TO SELL AND SOLD FOR 100% OF ITS LIST PRICE AT AN AVERAGE OR MEDIAN SALE PRICE OF $719,000.  THE SUBJECT'S IMMEDIATE NEIGHBORHOOD HAS A CURRENT LISTING INVENTORY OF SEVEN  WHICH IS CONSIDERED TO BE A SHORTAGE IN SUPPLY,  AND IS APPROXIMATELY A TWO MONTH SUPPLY OF LISTINGS.  *The data in the blank boxes was not available, due to the lack of comparable active listings from 7-12 & 4-6 month time periods.*

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   Yes   No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Brian Gaines | Supervisory Appraiser Name | |
| Company Name | BRIAN GAINES | Company Name | |
| Company Address | 24231 BLOSSOM CT., VALENCIA, CA 91354 | Company Address | |
| State License/Certification # | AR012449 | State | CA | State License/Certification # | | State |
| Email Address | briangaines.crea@gmail.com | Email Address | |

27146 Baxard
File No.    072101086

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

> **Little or no updating or modernization. This description includes, but is not limited to, new homes.**
>
> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

> **The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
>
> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

> **Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**
>
> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

> Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
>
> **Example:**
> 3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| Contp | Contemporary | Style |
| Ran | Ranch | Style |
| Conv | Conventional | Style |
| Town | Townhouse | Style |
| Medit | Mediterranean | Style |
| Span | Spanish | Style |

UAD Version 9/2011 (Updated 1/2014)

## Subject Photo Page

| Borrower/Client | Lorik Mikhaeilpoor | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | | | |
| City | Valencia | | County | Los Angeles | State | CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | | | |



### Subject Front

| | |
|---|---|
| 27146 Baxard Pl | |
| Sales Price | |
| Gross Living Area | 1,488 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8,057 sf |
| Quality | Q4 |
| Age | 32 |



### Subject Rear



### Subject Street

## Comparable Photo Page

| Borrower/Client | Lorik Mikhaelipoor | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | | | |
| City | Valencia | | County | Los Angeles | | State | CA | Zip Code | 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | | | |



### Comparable 1

| | |
|---|---|
| 23981 Bennington Dr | |
| Prox. to Subject | 0.20 miles NW |
| Sales Price | 719,000 |
| Gross Living Area | 1,445 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6,680 sf |
| Quality | Q4 |
| Age | 32 |



### Comparable 2

| | |
|---|---|
| 23744 Cameron Ct | |
| Prox. to Subject | 0.03 miles E |
| Sales Price | 680,000 |
| Gross Living Area | 1,445 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8,209 sf |
| Quality | Q4 |
| Age | 32 |



### Comparable 3

| | |
|---|---|
| 27244 Camden Pl | |
| Prox. to Subject | 0.08 miles NW |
| Sales Price | 650,000 |
| Gross Living Area | 1,445 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res. |
| View | N;Res; |
| Site | 8,544 sf |
| Quality | Q4 |
| Age | 32 |

## Photograph Addendum

| Borrower/Client | Lorik Mikhaeilpoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County | Los Angeles | State | CA | Zip Code | 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |



Entry



Staircase



Living room



Dining room



Bonus room



Kitchen

## Photograph Addendum

| Borrower/Client | Lorik Mikhaelipoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County Los Angeles | | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |




Kitchen                    Kitchen




Kitchen                    Kitchen




water on                   gas on

## Photograph Addendum

| Borrower/Client | Lorik Mikhaeilpoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County Los Angeles | | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |



Bed room 1



Bed room 1



Bath 1



Bath 1



Bed room 2



Bath 2

### Photograph Addendum

| Borrower/Client | Lorik Mikhaeilpoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County Los Angeles | | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |



Bed room 3



Bed room 3



Bath 3



Bath 3



Smoke alarm



CO2 alarm

## Photograph Addendum

| Borrower/Client | Lorik Mikhaeilpoor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | | |
| City | Valencia | County | Los Angeles | State | CA | Zip Code | 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | | |



address



Front



garage



Hot water heater & laundry area



Side yard & patio area



Side yard

## Photograph Addendum

| Borrower/Client | Lorik Mikhaeilpoor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | | |
| City | Valencia | County | Los Angeles | State | CA | Zip Code 91354 |
| Lender | Ghanbian & Oliver, Attorneys at Law | | | | | |




Rear

Rear






Rear yard

Side yard




Patio area

Open patio

## Photograph Addendum

| Borrower/Client | Lonk Mikhaelipoor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | | |
| City | Valencia | | County Los Angeles | | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | | |



**Guest Unit living room**



**Guest Unit bed room**




**Guest Unit kitchen**



**Guest Unit bath**




**Guest Unit bath & laundry area**



**Smoke alarm**

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Lorik Mikhaelipoor | | | | | | |
| Property Address | 27146 Baxard Pl | | | | | | |
| City | Valencia | County | Los Angeles | State | CA | Zip Code | 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | | | |

X

Guest Unit living room

Guest Unit bed room

Guest Unit kitchen

Guest Unit bath

Guest Unit bath & laundry area

Smoke alarm

Form SCNLGL — WinTOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE



Business, Consumer Services & Housing Agency

## BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

**Brian L. Gaines**

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:   AR 012449

Effective Date:   March 30, 2021
Date Expires:   March 29, 2023

Loretta Dillon, Deputy Bureau Chief, BREA

3056876

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE CHAIN LINK

Appraisal License

Appraisal License



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

### Brian L. Gaines

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 012449

Effective Date:     March 30, 2021
Date Expires:       March 29, 2023

Loretta Dillon, Deputy Bureau Chief, BREA

## Building Sketch

| | |
|---|---|
| Borrower/Client | Lorik Mikhaeilpoor |
| Property Address | 27146 Baxard Pl |
| City | Valencia |
| Lender | Ghanbian & Oliver, Attorneys at Law |

| County | Los Angeles | State | CA | Zip Code | 91354 |
|---|---|---|---|---|---|



## Building Sketch

| Borrower/Client | Lorik Mikhaeilpoor | | | |
|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | |
| City | Valencia | County Los Angeles | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | |

**Calculation Details**

| | | |
|---|---|---|
| **Living Area** | | |
| First Floor | 1275.5 Sq ft | 13.5 × 14 = 189 |
| | | 17 × 9 = 153 |
| | | 31 × 11.5 = 356.5 |
| | | 28 × 15.5 = 434 |
| | | 3 × 5 = 15 |
| | | 8 × 12 = 96 |
| | | 4 × 8 = 32 |
| Second Floor | 212 Sq ft | 10 × 10 = 100 |
| | | 8 × 14 = 112 |
| **Total Living Area (Rounded):** | 1488 Sq ft | |
| **Non-living Area** | | |
| 2 Car Attached | 448 Sq ft | 20 × 20 = 400 |
| | | 4 × 12 = 48 |
| Concrete Patio | 90 Sq ft | 9 × 10 = 90 |
| Concrete Patio | 148 Sq ft | 18.5 × 8 = 148 |
| Guest house | 480 Sq ft | 40 × 12 = 480 |
| Concrete Patio | 160 Sq ft | 40 × 4 = 160 |
| Open Porch | 121.5 Sq ft | 7.5 × 5 = 37.5 |
| | | 14 × 6 = 84 |

**Location Map**

| Borrower/Client | Lorik Mikhaeilpoor | | | | |
|---|---|---|---|---|---|
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County | Los Angeles | State CA | Zip Code 91354 |
| Lender | Gharibian & Oliver, Attorneys at Law | | | | |



## Location Map

| Borrower/Client | Lorik Mikhaelipoor | | | | |
| --- | --- | --- | --- | --- | --- |
| Property Address | 27146 Baxard Pl | | | | |
| City | Valencia | County Los Angeles | | State CA | Zip Code 91354 |
| Lender | Ghanbian & Oliver, Attorneys at Law | | | | |



E & O Insurance

**HUDSON INSURANCE COMPANY**
100 William Street, 5th Floor
New York, NY 10038



## REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE
## POLICY DECLARATIONS

NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR AUTOMATIC EXTENDED REPORTING PERIOD.

THIS POLICY MAY CONTAIN PROVISIONS WHICH LIMIT THE AMOUNT OF CLAIM EXPENSES THE INSURER IS RESPONSIBLE TO PAY IN CONNECTION WITH CLAIMS. CLAIM EXPENSES SHALL BE SUBJECT TO ANY DEDUCTIBLE AMOUNT. THE PAYMENT OF CLAIM EXPENSES WILL REDUCE THE LIMITS OF LIABILITY STATED IN ITEM 4. OF THE DECLARATIONS. PLEASE READ YOUR POLICY CAREFULLY.

PLEASE READ THIS POLICY CAREFULLY.

Policy Number:    PRA-2AX-1001994          Renewal of:

1. **Named Insured:**    Brian Gaines

2. **Address:**    24231 Blossom Ct
Valencia, CA 91354

3. **Policy Period:**    From:    May 15, 2021      To:    May 15, 2022

12:01 A.M. Standard Time at the address of the Named Insured as stated in Number 2 above

4. **Limit of Liability**              Each Claim              Policy Aggregate

Damages Limit of Liability    A.    $1,000,000         B.   $1,000,000
Claims Expense Limit of
Liability                     C.    $1,000,000         D.   $1,000,000

5. Deductible (Inclusive of Claims Expenses):

5A.   $ 500    Each Claim      5B.      $ 1,000    Aggregate

6. **Policy Premium:**    $680.00          State Taxes/Surcharges:     $0.00

7. **Retroactive Date:**    May 15, 1997

8. **Notice to Company:**    Notice of a Claim or Potential Claim should be sent to:
Hudson Insurance Group

100 William Street, 5th Floor
New York, NY 10038

Fax: 646-216-3786
Email: hudsonclaims300@hudsoninsgroup.com
On weekends or holidays: 866-546-3981 (Toll Free)

9. A. **Program Administrator:**    Riverton Insurance Agency Corp.
OREP- Organization of Real Estate Professionals
B. **Agent/Broker:**    Insurance Services

*IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York*

President                                    Secretary

PRA100 (01/20)                                              Page | 1

Brian Gaines

# INVOICE

**FROM:**

Brian Gaines
24231 Blossom Ct
Valencia CA 91354

Telephone Number: 661-645-8765        Fax Number:

| INVOICE NUMBER |
| --- |
| 072101086 |

| DATE |
| --- |
| 07/17/2021 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 072101086 |
| Other File # on form: | 27146 Baxard |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

Lorik Mikhaeilpoor

,

Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

Gharibian & Oliver, Attorneys at Law
25350 Magic Mountain Pkwy, Suite 240
Valencia, CA 91355

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** Gharibian & Oliver, Attorneys at Law | | **Client:** Gharibian & Oliver, Attorneys at Law | |
| **Purchaser/Borrower:** Lorik Mikhaeilpoor | | | |
| **Property Address:** 27146 Baxard Pl | | | |
| **City:** Valencia | | | |
| **County:** Los Angeles | | **State:** CA | **Zip:** 91354 |
| **Legal Description:** Tract 44481 Lot 48 | | | |

| FEES | AMOUNT |
| --- | --- |
| 1004 SFR with pictures | 450.00 |
| | |
| **SUBTOTAL** | 450.00 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Make payment to Brian Gaines | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $    450.00 |



## 27161 Baxard Pl
Valencia, CA 91354

$705,000    3    2    1,488
Sold Price   Beds  Baths  Sq Ft

### Recently Sold
This home sold a month ago

        
Favorite          Edit Facts          Share

**I'm the owner**

Track this home's value in our Home Report email



Electronically FILED by Superior Court of California, County of Los Angeles 10/17/2022 10:47 AM Sherri R. Carter, Executive Officer/Clerk, By L. Ramirez, Deputy Clerk

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

FARBOOD MAJD, ESQ. 266547
LAW OFFICES OF MAJD & ASSOCIATES
8383 Wilshire Blvd., Suite 646
Beverly Hills, CA 90211

TELEPHONE NO.: (310) 956-4600    FAX NO. *(Optional):* (310) 878-8989
E-MAIL ADDRESS *(Optional):* fmajd@fmajdlaw.com
ATTORNEY FOR *(Name):* Hydouk Kovarkizi

FOR COURT USE ONLY

(handwritten Persian text)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS: 9425 Penfield Avenue
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: NORTH VALLEY DISTRICT

MARRIAGE OR PARTNERSHIP OF
PETITIONER: Lorik Mikhaeilpoor

RESPONDENT: Hydouk Kovarkizi

| JUDGMENT | | | CASE NUMBER: |
|---|---|---|---|
| [X] DISSOLUTION | [ ] LEGAL SEPARATION | [ ] NULLITY | 20CHFL00808 |

[ ] Status only
[ ] Reserving jurisdiction over termination of marital or domestic
partnership status
[ ] Judgment on reserved issues
Date marital or domestic partnership status ends: 10/17/2022

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders.
    The restraining orders are contained on page(s) _____ of the attachment. They expire on *(date):*

2. This proceeding was heard as follows: [X] Default or uncontested [ ] By declaration under Family Code section 2336
    [ ] Contested [ ] Agreement in court
    a. Date: 10/17/2022    Dept.: F46    Room:
    b. Judicial officer *(name):* Lee S. Arian    [ ] Temporary judge
    c. [ ] Petitioner present in court    [ ] Attorney present in court *(name):*
    d. [ ] Respondent present in court    [ ] Attorney present in court *(name):*
    e. [ ] Claimant present in court *(name):*    [ ] Attorney present in court *(name):*
    f. [ ] Other *(specify name):*    fm

3. The court acquired jurisdiction of the respondent on *(date):*  ▬▬▬▬  8/4/2020
    a. [ ] The respondent was served with process.
    b. [X] The respondent appeared.

THE COURT ORDERS, GOOD CAUSE APPEARING

4. a. [X] Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the
        status of single persons
        (1) [X] on *(specify date):* 10/17/2022
        (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
   b. [ ] Judgment of legal separation is entered.
   c. [ ] Judgment of nullity is entered. The parties are declared to be single persons on the ground of *(specify):*

   d. [ ] This judgment will be entered nunc pro tunc as of *(date):*
   e. [ ] Judgment on reserved issues.
   f. The [ ] petitioner's [ ] respondent's former name is restored to *(specify):*
   g. [ ] Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
   h. [ ] This judgment contains provisions for child support or family support. Each party must complete and file with the court a
       *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this judgment. The parents must notify the
       court of any change in the information submitted within 10 days of the change, by filing an updated form. The *Notice
       of Rights and Responsibilities—Health-Care Costs and Reimbursement Procedures and Information Sheet on Changing a
       Child Support Order* (form FL-192) is attached.

Form Adopted for Mandatory Use
Judicial Council of California
FL-180 [Rev. July 1, 2012]

JUDGMENT
(Family Law)

Family Code, §§ 2024, 2340,
2343, 2346
www.courts.ca.gov

Kovarkizi, Hydouk

| CASE NAME *(Last name, first name of each party):* | CASE NUMBER: |
|---|---|
| Mikhaeilpoor, Lorik vs Kovarkizi, Hydouk | 20CHFL00808 |

4. i. ☐ The children of this marriage or domestic partnership are:

    (1) ☐ Name                                       Birthdate

    (2) ☐ Parentage is established for children of this relationship born prior to the marriage or domestic partnership

  j. ☐ Child custody and visitation (parenting time) are ordered as set forth in the attached

    (1) ☐ Settlement agreement, stipulation for judgment, or other written agreement which contains the information required by Family Code section 3048(a).

    (2) ☐ *Child Custody and Visitation Order Attachment* (form FL-341).

    (3) ☐ *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355).

    (4) ☐ Previously established in another case. Case number:            Court:

  k. ☐ Child support is ordered as set forth in the attached

    (1) ☐ Settlement agreement, stipulation for judgment, or other written agreement which contains the declarations required by Family Code section 4065(a).

    (2) ☐ *Child Support Information and Order Attachment* (form FL-342).

    (3) ☐ *Stipulation to Establish or Modify Child Support and Order* (form FL-350).

    (4) ☐ Previously established in another case. Case number:            Court:

  *l.* ☒ Spousal, domestic partner, or family support is ordered:

    (1) ☐ Reserved for future determination as relates to ☐ petitioner ☐ respondent

    (2) ☐ Jurisdiction terminated to order spousal or partner support to ☐ petitioner ☐ respondent

    (3) ☐ As set forth in the attached *Spousal, Partner, or Family Support Order Attachment* (form FL-343).

    (4) ☒ As set forth in the attached settlement agreement, stipulation for judgment, or other written agreement.

    (5) ☐ Other *(specify):*

  m. ☒ Property division is ordered as set forth in the attached

    (1) ☒ Settlement agreement, stipulation for judgment, or other written agreement.

    (2) ☐ *Property Order Attachment to Judgment* (form FL-345).

    (3) ☐ Other *(specify):*

  n. ☒ Attorney fees and costs are ordered as set forth in the attached

    (1) ☒ Settlement agreement, stipulation for judgment, or other written agreement.

    (2) ☐ *Attorney Fees and Costs Order* (form FL-346).

    (3) ☐ Other *(specify):*

  o. ☐ Other *(specify):*

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions. Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date:

                                                JUDICIAL OFFICER

5. Number of pages attached: **15**         ☒ SIGNATURE FOLLOWS LAST ATTACHMENT

---

**NOTICE**

Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar property interest. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.

A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.

An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.

Any party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.

---

**JUDGMENT**
(Family Law)

Kovarkizi, Hydouk

CEB Essential Forms

### STIPULATION FOR JUDGMENT

LORIK MIKHAEILPOOR, hereinafter referred to as "Petitioner," and/or "Wife" and, HYDOUK KOVARKIZI, hereinafter referred to as "Respondent" and/or "Husband," voluntarily and mutually agree to the following:

Husband and Wife enter into this STIPULATION FOR JUDGMENT (hereinafter referred to as "STIPULATION") and make it effective on the date of execution. This STIPULATION is intended to be the final disposition of the matters addressed herein.

### I. STATISTICAL INFORMATION

A.    Husband and Wife were married on 11/11/1979

B.    Date of Separation: 4/19/2020

C.    There are no minor children in this marriage.

D.    Irreconcilable differences have arisen during the marriage between Husband and Wife. Because of these differences the parties agreed to live separate lives, and dissolve their marriage.

### II. FULL DISCLOSURE AND WARRANTY REGARDING STIPULATION

A.    Husband and Wife each acknowledges that prior to entering into this STIPULATION, they and each of them have:

    1.    Had the opportunity to conduct complete and thorough discovery concerning the assets and debts of this marriage;

    2.    In fact conducted such discovery, or if not, have voluntarily waived conducting discovery; and

    3.    Husband and Wife have made a complete, fair and accurate disclosure to each other of all financial matters affecting this STIPULATION and have relied on the information provided by the other party.

B.    Husband and Wife each acknowledge that he or she has been advised that California Family Code §§2100 and 1100 provide that fiduciary and confidential relationship exist between spouses (Husband and Wife) which imposes a duty of the highest good faith and fair dealing with each other and that neither party should take unfair advantage of the other, and that this obligation continues until the assets of the parties have been divided. Further, Husband and Wife each acknowledge that this duty includes the obligation to make full disclosures to the other party of all material facts and

Wife's Initials _____    Page 1    Husband's Initials _____

1  information regarding the existence, characterization and valuation of all assets in
2  which both Husband and Wife (the community) has or may have an interest and the
3  debts for which Husband and Wife may be liable.

4  C.   Husband and Wife each party has warranted to the other that all community, quasi
5  community, and separate property of which either has any knowledge has been fully
6  disclosed and listed in this STIPULATION.

7  D.   Husband and Wife have further warranted that neither is in possession of any interest in
8  any property not set forth in this STIPULATION whether community, quasi-
9  community, tenancy in common or joint tenancy property.  Each party has further
10  warranted to the other that neither of them has concealed, withheld, or made, without
11  the knowledge or consent of the other, any gift, transfer, conveyance, or assignment of
12  community property since the date of separation, other than specifically mentioned in
13  this STIPULATION which is inconsistent with the division of community property as
14  contained herein.

15  E.   Husband and Wife have warranted, one to the other, that neither of them has caused or
16  permitted to be placed on the community property described herein, any new or
17  additional encumbrance, lien, charge, etc. not set forth within this STIPULATION.

18  F.   Husband and Wife each warrants to the other that on or before the execution of this
19  STIPULATION, the warrantor has not incurred any community obligation that is not
20  disclosed by this STIPULATION or that the other party does not have knowledge.

21

22  ### III. SEPARATE LIVES

23  Husband and Wife shall live separate lives except for the duties and obligation imposed in the
terms set forth in this STIPULATION.  Each party shall be free from interference, authority, and control
of the other as fully as though he or she were single and unmarried.

24
25
26
27
28

---

Wife's Initials _____     Page 2     Husband's Initials _____

## IV. SPOUSAL SUPPORT

The parties agree to the following:

### Spousal Support Waiver

A.    Husband and wife agree to have the court to terminate jurisdiction to award spousal support to either and both of them. Husband and wife waive any and all rights to receive spousal support from each other at any time hereafter.

B.    Husband and wife hereby expressly, knowingly and intelligently waive any right to spousal support from each other and release each other from any and all claims for spousal support or maintenance of any kind. Husband and wife voluntarily waive their right to receive spousal support from each other, and agree that no court shall have jurisdiction to order spousal support in the future. Husband and wife acknowledge and agree that the waiver of spousal support set forth in this paragraph is made in consideration of their mutual promises, conditions and agreements contained in this STIPULATION.

C.    Husband and wife acknowledge that said spousal support waiver is final, irrevocable, and cannot be modified by court order in amount or duration for any reason whatsoever, regardless of a change of circumstances or for any reason or cause, including illness, or medical condition of any nature or kind, or change of employment, or change in the respective incomes of the parties. No court shall have or retain jurisdiction, authority, or power to alter, modify, reduce, or extend the termination date or otherwise order any spousal support payments beyond the date of entry of this STIPULATION. This STIPULATION cuts off forever parties' rights to request spousal support. The court finds that Husband and wife have mutually waived their rights under *In Re Marriage of Vomacka*, 36 Cal.3d 459, (1984) and all subsequent similar cases.

D.    Husband and wife agree and acknowledge that no spousal support shall be paid by either and both and the court shall not retain jurisdiction to award spousal support to either and both parties at any time hereafter regardless of the needs or ability to pay of either party or any other circumstances. The right to receive spousal support or alimony from each other is terminated forever.

E.  This waiver of spousal support is made with and based upon the following knowledge:

1.  For the purpose of retaining jurisdiction and to award spousal support, there is a presumption affecting the burden of producing evidence of a marriage of 10 years or more, from date of marriage to the date of separation, is a long term marriage.

2.  In deciding spousal support, the Court shall consider all of the following factors:

a.  The extent to which the earning capacity of each party is sufficient to maintain the standard of living established during the marriage, considering the following:

i.  The marketable skills of the supported party, the job market for those skills, the time and expenses required for the supported party to acquire the appropriate education or training to develop those skills, and the possible need for retraining or education to acquire other, more marketable skills or employment.

ii.  The extent to which the supported party's present or future earning capacity it impaired by periods of unemployment that were incurred during the marriage to permit the supported party to devote time to domestic duties.

iii.  The ability to pay of the supporting party, taking into account the supporting party's earning capacity, earned and unearned income, assets, and standard of living.

iv.  The needs of each party based on the standard of living established during the marriage.

v.  The obligations and assets, including the separate property, of each party.

vi.  The duration of the marriage.

vii.  The ability of the supported party to engage in gainful employment without unduly interfering with the interest of dependent children in the custody of the party.

viii.  The age and health of parties.

ix.  The immediate and specific tax consequences to each party.

x.    Any other factors the court determines are just and equitable.

_____
Wife's Signature

_____
Husband's Signature

## V. DISPOSITION OF ASSETS

A.    The Court further orders that the following property, whether community or

Separate is awarded to the Petitioner as the separate property of Petitioner free and clear from any and

all encumbrances:

(1.) Space 1 of Lot No. 6429, Forest Lawn Memorial Park, Hillside, Hollywood Hills.

Respondent shall cooperate in the execution of any document necessary to transfer

ownership of this lot to Petitioner's name.

(2.) All checking and savings accounts currently in Petitioner's name alone, or jointly with any

third persons, and any and all those that are in her custody, possession and control.

(3.) All earnings and accumulations since the parties' date of separation.

(4.) All furniture, furnishings and appliances currently in Petitioner's possession.

(5.) Any and all retirement accounts under the name of Petitioner, if any.

(6.) 2009 Mercedes Benz with VIN ending in #7309 and 2016 Black Honda CRV with VIN
#8257

    a.    . Petitioner will pay the vehicle insurance and associated expenses, including

payments, if any. Respondent, if necessary, shall sign the Certificate of Ownership

(Pink Slip) upon receipt from Petitioner to effectuate the transfer/conveyance of

title from Respondent to Petitioner. Respondent shall cooperate with all necessary

process to transfer ownership of this motor vehicle to Petitioner.

(7.) Any other properties or assets, personal or real property, not specified above, under the

name, control and possession of Petitioner.

Wife's Initials _____    Page 5    Husband's Initials _____

B.    The Court further orders that the following property, whether community or separate is awarded to Respondent as the separate property of Respondent along with any and all encumbrances thereon and Respondent shall hold Petitioner harmless therefrom.

      1.) The real property located at 27146 Baxard Place, Valencia,CA 91354. The legal description is as follows:

          LOT 48 OF TRACT NO. 44481 AS SHOWN ON MAP FLLF2D IN BOOK 1115 OF MAPS, PAGE(S) 28 TO 48 IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY

          PARCEL ID: 2811-031-026

      2.) The real property located at Anhair Road Street 11 Door 15, Urmia, Azerbajian, Iran.

**1.1.** As to the two properties set forth above:

**1.2. LIABILITY FOR TAXES UPON SALE OF REAL PROPERTY**

Respondent may incur tax liabilities as a result of the sale of the two properties listed above. He is ordered to roll over or exclude, if he qualifies, or pay if he does not qualify, the tax liabilities resulting from the monies charged to that party from the sale and is ordered to hold the other party harmless and is ordered to reimburse the other party for all costs or damages incurred as a result of the other party's failure to abide by the provisions of this section, including reasonable attorney's fees and accountants fees.

The capital gain resulting from the sale of the real properties listed in Item 1. And 2. Above, are assigned 100 percent to Respondent. The Court will retain jurisdiction to make the orders necessary to effectuate the intent of the parties as expressed in this section in the event any taxing authority refuses to allow the allocations made by the parties.

Further, as to the two properties listed above, any encumbrances associated with these properties, whether in the form of a mortgage, a home equity line of credit, HELOC, or any other lien, no matter when the debt arose, are assigned to Respondent as his sole and separate obligation. In the event any third parties look to Petitioner to satisfy any debts in connection

with the above set forth properties, Respondent shall hold Petitioner harmless, Respondent shall indemnify Petitioner, as well as pay any attorney fees or costs incurred by Petitioner in connection with the defense against any third party claimants.

3.) Space 2 of Lot No. 6429, Forest Lawn Memorial Park, Hillside, Hollywood Hills. Petitioner shall cooperate in the execution of any document necessary to transfer ownership of this lot to Respondent's name.

4.) All checking and savings accounts currently in Respondent's name alone or jointly with any third persons, or any and all business entities awarded to Respondent, and any and all those that are in his custody, possession and control. Petitioner shall sign any and all documents required by the bank in order to remove Petitioner's name from any of these bank accounts.

5.) All earnings and accumulations since the parties' date of separation.

6.) All furniture, furnishings and appliances currently in Respondent's possession.

7.) Any and all retirement accounts under the name of Respondent, if any.

8.) Any and all motor vehicles under the name, possession and control of Respondent as follows:

a.) 2016 Black Honda CRV with VIN #9428

b.) 2005 Chevrolet with VIN 3931

## VI.    DISPOSITION OF COMMUNITY DEBTS AND OBLIGATIONS

A.    Any liabilities, known or unknown at the time of the signing of this STIPULATION, arising out of Respondent's Bankruptcy filings, filed during the parties' marriage, shall be assigned to Respondent as his sole and separate obligation.

Wife's Initials ___    Page 7    Husband's Initials _____
ID QccV1bFwUSGbRsYfGuBeuZsH

B.     Any liabilities, arising out of the operation of Respondent's employment as a contractor, whether through Doukman Construction, Inc., or individually, shall be assigned to Respondent as his sole and separate obligation.

C.     The parties warrant that there are no existing community or joint obligations except for those relating to property awarded or confirmed in this Judgment. Except as provided to the contrary in this Judgment, the party receiving an asset will take that asset subject to any encumbrance or assessment relating to it.

D.     The party responsible for payment of an obligation will defend, indemnify and hold the other party harmless from all liabilities, costs and expenses relative to that obligation, including attorney's fees and costs incurred by the other party in defending or responding to any collection claim, action or proceeding.

E.     The Court further orders that except for those debts and obligations created herein, each of the parties shall pay and hold the other free and harmless from any and all debts and obligations in his or her name alone, incurred by him or her. If any claim, action or proceeding is hereinafter brought seeking to hold the other party liable on account of such debts or obligations, such party will, at her sole expense, defend the other party against such claims, actions or proceedings and be responsible to the other party for any costs, including, but not limited to, reasonable attorney's fees and court costs, incurred by such party in the defense of or in the payment of such claims or debts.

F.     .     The Court further orders that, except as specified in this Stipulation for Judgment, each party shall assume the encumbrances and liens on all the property transferred to such party, pursuant to the division of assets and pursuant to this Judgment, and each party shall indemnify and hold harmless the other party from any claim, action or proceeding, that the other party may suffer or may be required to pay on account of such encumbrances or liens, including any losses that may arise by virtue of any judgment or claim, including, but not limited to, reasonable attorney's fees and court costs incurred by such party in defending such claim, obligation or debt assumed by the other party hereto.

G.     The Court finds that each party has warranted to the other that he or she has not incurred any debt, obligation or other liability, other than those described in this Judgment on which the other party

1  is or may be held liable. If any claim, action or proceeding is hereinafter brought seeking to hold the

2  other party liable, whether such action is well-founded or not, on account of any debt, obligation,

3  liability, act or omission of such party, such party is ordered, at his or her sole expense, defend the

4  other party against such claim or demand, and that he or she will indemnify and hold harmless the

5  other party from all costs and expenses, including but not limited to, reasonable attorney's fees and

6  court costs.

7  ### VII. ASSIGNMENT OF INSURANCE

8  The Court orders that all insurance on property transferred is hereby assigned to the party

9  receiving such property, and payment of the insurance premiums on such insurance from this date

10  shall hereafter be the sole and separate responsibility of the party to whom the insurance is assigned.

11  Each party shall cooperate with the execution of any and all required documents to effectuate any

12  transfer of insurance as may be required herein.

13  The Court further orders that neither party is obligated to provide Health Insurance policy to

14  the other as of date of execution of the Judgment.

15  ### VIII. INCOME TAXES

16  A.    TAXATION - FOR YEAR 2022:

17  The Parties hereby stipulate and so agree, and the court orders that since the separation date,

18  the parties filed their respective tax returns separately. The Court further orders that for the calendar

19  year 2022 and all subsequent years, the parties shall file separate state and federal income tax returns,

20  and shall indemnify and hold each other harmless from and against any tax liability attributable to the

21  income and expenses reported.

22  ### IX.  TAX ADVICE

23  The parties acknowledge and the Court finds that they have each been advice to seek

24  independent tax advice relative to the taxable consequences of this STIPULATION, which may be

25  substantial and may materially affect their agreeing to these terms. The parties further acknowledge

26  and the Court finds that they are aware that neither of their attorneys of record held themselves out to

27  have any expertise with respect to state, federal and any other tax matters. The parties further

28  acknowledge and the Court finds that they have each given careful and considered thought to the tax

Wife's Initials _____          Page 9          Husband's Initials _____

consequences, if any of the provisions of this STIPULATION and that they agree to bear the tax consequence of the assets assigned to them, respectively.

## X. STATE AND FEDERAL INCOME TAXES

A.     If any deficiencies shall be assessed against the parties by reason of the filing of joint individual income tax returns, such deficiency (including interest, penalties, assessments and additional taxes) and the cost of defending against any said assessment shall be borne by the party who incurred the deficiency. If any taxes result from unreported or under reporting income traceable to one of the parties, then that party shall be solely responsible for such additional tax liability including any interest and penalties which may be charged by such taxing authorities. If any refund shall be payable by reason of said prior joint individual income tax returns, the amount thereof shall be divided equally between the parties as their respective sole and separate property.

B.     The parties are ordered to cooperate with each other to defend against any such claimed tax liability. Neither party shall furnish any income or expense information to any federal or state taxing authority with regard to any calendar year in which they filed joint income tax returns without first notifying the other party.

## XI. AFTER DISCOVERED PROPERTY

A.  Each party warrants to the other that the warrantor does not own any property of any kind other than the property set forth in this Judgment. If it later appears that either warrantor now owns any other property and that the warrantee has an interest in that other property, the warrantor will transfer or pay to the warrantee, at the warrantee's election:

   i.  An amount of the other property equal to the warrantee's interest in it, if it is reasonably able to be divided;

   ii. The full market value of the warrantee's interest on the effective date of this Judgment; or

   iii. The full market value of the warrantee's interest at the time the warrantee discovers the warrantor's ownership in the property.

B.  This section will not impair the availability, in a Court of competent jurisdiction, of any other remedy arising from the undisclosed ownership of any property.

## XII. RIGHTS TO REIMBURSEMENT

Except as set forth herein, all other claims arising from the marital relationship are waived, including, but not limited to Epstein Credits [Marriage of Epstein (1979) 24 Cal.3d 76]; Watts and Jeffries Credits [Marriage of Watts (1985) 171 CA.3d 366 and Marriage of Jeffries (1991) 228 CA.3d 548]; Family Code Section 2640, and all other possible claims for reimbursement.

## XIII. WAIVER - INHERITANCE

The Court further finds that the Petitioner and Respondent have each waived any and all rights:

A.      To inherit any part of the estate of the other at her or his death.

B.      To receive property from the estate of the other by bequest or devise, except under a Will or Codicil dated subsequent to Date of Separation.

C.      To act as the personal representative of the estate of the other, unless so nominated by another party legally entitled to so act.

D.      To act as the personal representative under the Will of the other, unless so nominated by a Will or Codicil dated subsequent to Date of Separation.

E.      To claim a family allowance or probate homestead in the estate of the other.

## XIV. WAIVER OF FINAL DECLARATION OF DISCLOSURE

The Court further finds that the parties have hereby waived the provisions of Family Code §2103 et seq. and hereby ask the Court to order Judgment without Petitioner and Respondent having to serve Final Declarations of Disclosure.  The Court further finds that:

A.      Both parties have complied with Family Code §2104 and the preliminary declarations of disclosure have been completed and exchanged.

B.      Both parties have completed and exchanged a current Income and Expense Declaration.

C.      This waiver is knowingly, intelligently, and voluntarily entered into by each of the parties.

D.      Each party understands that by this waiver, he or she may be affecting his or her ability to have the Judgment set aside as provided by laws.

## XV. REPRESENTATION BY COUNSEL

A.    Wife is entering into this Stipulation for Judgment represented by her counsel, Paulette
Gharibian, Esq. of Gharibian and Oliver.

B.    Husband is entering this Stipulation for Judgment represented by his counsel, Farbood
Majd of the Law Offices of Majd and Associates.

## XVI. ATTORNEY'S FEES

Parties agree that except for previous attorney's fees orders in this case, each of them shall be
responsible for attorney's fees and costs incurred in this case.

Pursuant to a pendente lite order, Respondent was sanctioned pursuant to FC section 271, in the sum
of $7,500.  Respondent has paid $2,500 of said amount, with the remaining $5,000 remaining to be
paid no later than by September 5, 2022.  Respondent is ordered to make the payment as previously
ordered.

## XVII. OTHER TERMS AND CONDITIONS.

A.    **Equalization Payment**

In order to equalize division of assets in this case, Respondent agrees and the court orders him
to pay Petitioner the total amount of ONE HUNDRED SEVENTY THOUSAND DOLLARS
($170,000.00) payable as follows:

1.    The amount of $40,000.00 shall be paid initially to Respondent. As of this Stipulation,
Petitioner confirms and acknowledges that she already received the $40,000 from Respondent.

2.    The remaining amount of $130,000 shall be paid by Respondent to Petitioner within 6
months from the trial date, or on or before November 5, 2022.

B.    **Applicable Law**

This STIPULATION is entered into in the State of California.  The STIPULATION shall be
construed and interpreted under and in accordance with applicable laws of the State of California
applicable to STIPULATION made and to be wholly-performed in the State of California.  California
law shall also govern the relationship between the parties in connection with the assets retained by them.
Any provision of this STIPULATION which the Court will declare invalid will not invalidate the other
provisions. The parties request the Court to retain jurisdiction to enforce the terms of this
STIPULATION per CCP 664.6.

C.    **Representations**

Neither of the parties, nor any of his or her representatives including his or her attorney, have made any representation or warranty to the other party upon which the other party is relying in entering into this STIPULATION, except as expressly provided in this STIPULATION.

D.    **Remedy for Breach**

In the event that either party is required to bring any action or proceeding to construe or enforce any of the provisions of this STIPULATION, in such action or proceeding, the prevailing party shall be entitled to recover all costs of such enforcement, whether or not they arise out of any particular court proceeding, including: attorney's fees, court costs, filling fees and other unforeseen expenses.

D.    **Entire Agreement**

1.    The STIPULATION and any other instrument(s) executed at the same time as this A STIPULATION contain the final, complete and exclusive agreement of the parties concerning the subject matters covered. It may not be altered, amended or modified except by an instrument in writing executed by both parties. Any previous oral or written agreements between the parties about matters addressed in this STIPULATION are entirely superseded by this STIPULATION.

2.    This STIPULATION has been negotiated at arm's length and each party has consulted with legal counsel. Accordingly, any rule of law or legal decision which would otherwise require interpretation of any ambiguities in this STIPULATION against the party drafting it is not applicable and is waived.

3.    No Third Party Beneficiaries: This STIPULATION is solely for the respective benefits of Husband and Wife except as may be specifically provided herein. No third party shall be benefited by the STIPULATION except as specifically stated herein.

E.    **Additional Documents**

The parties shall do any and all acts and make, execute and deliver any and all documents and instruments, concurrently with the execution of this STIPULATION, including, but not limited to, Quitclaim or other deeds, pink slips, bank transactions and credit card releases, as the other party shall reasonably require for the purpose of effectuating its purpose and intent. The failure on the part of either party to deliver any and all documents, properly authenticated and executed in a manner sufficient to

transfer the full right, title and interest in the conveying party, shall be deemed default by the said party. In the event of any such default in performance under this paragraph, the injured party is authorized to obtain the remedy of specific performance with respect to any such transfer in default, and each party expressly consents to the Clerk of the Superior Court, upon ex parte Motion, to be the party authorized to transfer the title of such property in lieu of conveyance by the defaulting party, the same shall be as effective as if delivered by and executed by the party required to do the same. If either party fails on demand to comply with this provision, that party shall pay to the other all attorneys' fees, costs and other expenses reasonably incurred as a result of such failure and either party can, upon ex parte application, have the Court appoint its Clerk to execute all deeds, bill of sales, quitclaim, assignments, consent to change of beneficiaries, insurance policies and other documents or things necessary or desirable to effectuate the provisions of this STIPULATION.

### XVIII.  Voluntary and Informed Consent In Entering Into Agreement

The parties acknowledge and agree that they have each read this STIPULATION and that they are fully aware of the contents and legal effect of this STIPULATION.  Husband and Wife acknowledge and agree that they made and entered into this STIPULATION freely and voluntarily, free from any duress, fraud or undue influence of any kind.

### XIX.  COURT'S RETENTION OF JURISDICTION

The Court shall retain jurisdiction pursuant to California Code of Civil Procedure Section 664.6 to enforce this STIPULATION until performance in full of the terms of the settlement, including jurisdiction to, upon motion properly made, enter judgment pursuant to the terms of the STIPULATION as well as all other powers which Court is entitled to exercise pursuant to California Code of Civil Procedure Section 664.6.  This document is binding on the parties and is admissible in court pursuant to California Evidence Code Section1 123 et.seq.

## XX. Counterparts Signature

This STIPULATION may be executed in one or more counterparts for the convenience of the parties hereto, all of which together will constitute one and the same instrument. A signature transmitted by facsimile or other electronic means shall have the same force and effect as an original signature.

**I HAVE READ AND I AGREE TO EACH PAGE OF THIS DOCUMENT.  I UNDERSTAND THAT THIS STIPULATION IS TO BE COURT ORDERS AND THAT WILLFUL VIOLATION OF COURT ORDERS MADE AS A RESULT OF THIS STIPULATION MAY SUBJECT THE PARTY IN VIOLATION TO CIVIL OR CRIMINAL PENALTIES.**

IN WITNESS WHEREOF, the Parties have duly affixed their signatures as follows:

Wife: _____
LORIK MIKHAEILPOOR-Petitioner
Date: ___08/15/2022_____

Husband: _____
HYDOUK KOVARKIZI-Respondent
Date: _____

**APPROVED AS TO FORM ONLY:**

Date: ___8/17/22_____

PAULETTE GHARIBIAN, ESQ.
Attorney for Petitioner

Date: ___8/23/2022_____

*Farbood Majd*
FARBOOD MAJD, ESQ.
Attorney for Respondent

**IT IS SO ORDERED.**

The Court, by signing this Agreement, makes no representation regarding any tax matters noted herein.

Date: ___10/17/2022___

Lee S. Arian
JUDGE
Judge of the Superior Court

Wife's Initials ____      Page 15      Husband's Initials ____

Electronically FILED by Superior Court of California, County of Los Angeles 10/17/2022 10:49 AM Sherri R. Carter, Executive Officer/Clerk, by L. Ramirez, Deputy Clerk

Received: 9/15/2022 5:01 PM

**FL-190**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>FARBOOD MAJD, ESQ.                              266547<br>LAW OFFICES OF MAJD & ASSOCIATES<br>8383 Wilshire Blvd., Suite 646<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: (310) 956-4600    FAX NO.*(Optional):* (310) 878-8989<br>E-MAIL ADDRESS *(Optional):* fmajd@fmajdlaw.com<br>ATTORNEY FOR *(Name):* Hydouk Kovarkizi | **FOR COURT USE ONLY** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    LOS ANGELES
  STREET ADDRESS: 9425 Penfield Avenue
  MAILING ADDRESS: 9425 Penfield Avenue
  CITY AND ZIP CODE: Chatsworth, CA 91311
  BRANCH NAME: NORTH VALLEY DISTRICT

PETITIONER: Lorik Mikhaeilpoor

RESPONDENT: Hydouk Kovarkizi

| NOTICE OF ENTRY OF JUDGMENT | CASE NUMBER:<br>20CHFL00808 |
|---|---|

You are notified that the following judgment was entered on *(date):* 10/17/2022

1. [X] Dissolution
2. [ ] Dissolution - status only
3. [ ] Dissolution - reserving jurisdiction over termination of marital status or domestic partnership
4. [ ] Legal separation
5. [ ] Nullity
6. [ ] Parent-child relationship
7. [ ] Judgment on reserved issues
8. [ ] Other *(specify):*

Date: 10/17/2022

Sherri R. Carter
Clerk, by ___/s/ Laura Ramirez___ , Deputy

## -NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY-

Under the provisions of Code of Civil Procedure section 1952, if no appeal is filed the court may order the exhibits destroyed or otherwise disposed of after 60 days from the expiration of the appeal time.

| STATEMENT IN THIS BOX APPLIES ONLY TO JUDGMENT OF DISSOLUTION |
|---|
| Effective date of termination of marital or domestic partnership status *(specify):* 10/17/2022<br>**WARNING: Neither party may remarry or enter into a new domestic partnership until the effective date of the termination of marital or domestic partnership status, as shown in this box.** |

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the *Notice of Entry of Judgment* was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed

at *(place):*   Chatsworth                                    , California, on *(date):* 10/17/2022

Date: 10/17/2022

Sherri R. Carter
Clerk, by ___/s/ Laura Ramirez___ , Deputy

| Name and address of petitioner or petitioner's attorney | Name and address of respondent or respondent's attorney |
|---|---|
| Lorik Mikhaeilpoor<br>C/O Gharibian & Oliver, Attorneys at Law<br>25350 Magic Mountain Pkwy, Suite 240<br>Valencia, CA 91355 | Hydouk Kovarkizi<br>C/O Law Offices of Majd and Assoc<br>8383 Wilshire Blvd. Ste. 646<br>Beverly Hills, CA 90211 |

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-190 [Rev. January 1, 2005]

CEB® Essential Forms
ceb.com

**NOTICE OF ENTRY OF JUDGMENT**
**(Family Law-Uniform Parentage-Custody and Support)**

Family Code, §§ 2338, 7636, 7637
www.courtinfo.ca.gov

Kovarkizi, Hydouk